UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CV- UNGARO - BENAGES

00 ~ 6100

DEBORAH KIRBY,

    Plaintiff,

vs.                                                    CASE NO.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

MAGISTRATE JUDGE
BROWN

    Defendant.

_____/

## NOTICE OF REMOVAL

    COMES NOW the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned counsel and hereby provides notice of the removal of this cause to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, and states as grounds for such removal the following:

    1.    This action was commenced in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.  Service of the complaint was made on the Defendant on  December 20, 1999.  This Notice of Removal is filed within thirty (30) days of December 20, 1999.

    2.    This is a civil action brought by the Plaintiff, who was and is a resident and citizen of Broward County, Florida.

    3.    At the time this action was commenced and at the present time, Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, was and is incorporated in and a citizen of the State of Illinois, having its principal place of business in Bloomington,



McLean County, Illinois. STATE FARM is not a citizen of or incorporated in the State of Florida. STATE FARM does not have its principal place of business in Florida.

4.      Complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

5.      Count Two of the Plaintiff's Complaint seeks punitive damages against the Defendant. As a result, to the best of the undersigned's knowledge, information, and belief, the amount in controversy herein exceeds Seventy-Five Thousand Dollars ($75,000) exclusive of interest and costs.

6.      The Defendant has noticed the adverse party by notifying the Plaintiff's attorney of record, Walter G. Campbell, Jr., 700 Southeast Third Avenue, Courthouse Law Plaza, Suite 100, Fort Lauderdale, Florida 33316.

7.      The Defendant has filed a written notice with the Clerk of the court of the Seventeenth Judicial Circuit in and for Broward County, Florida, in compliance with 28 U.S.C. §1446(d), a copy of said Notice being attached hereto and made a part hereof.

8.      Copies of process and pleadings served upon the Defendant are filed herein.

WHEREFORE, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, notices this civil action be removed to Federal Court as provided by law.

BUTLER, BURNETTE & PAPPAS

LEWIS F. COLLINS, JR., ESQ.
Florida Bar No: 267422
6200 Courtney Campbell Causeway
Bayport Plaza - Suite 1100
Tampa, FL 33607-5946
(813) 281-1900
FAX (813) 281-0900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail, this /2th day of January, 2000 to the following:

WALTER G. CAMPBELL, ESQUIRE
700 SOUTHEAST THIRD AVENUE
COURTHOUSE LAW PLAZA, SUITE 100
FORT LAUDERDALE, FLORIDA 33316

LEWIS F. COLLINS, JR., ESQUIRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

DEBORAH KIRBY,

      Plaintiff,

vs.                                      Case No.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant,
_____/


## <u>AFFIDAVIT</u>

STATE OF ILLINOIS        )
                           )  ss:

COUNTY OF MCLEAN      )


Before me, the undersigned officer, duly authorized to administer oaths, personally appeared , Gregory Clapper, who being duly sworn according to law did depose and state:

1.     I, Gregory Clapper, am over the age of eighteen and competent to testify as to the facts and matters set forth herein.

2.     I am an Assistant Secretary-Treasurer of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM"), the Defendant in the above-captioned action. I am also Assistant Vice President of Accounting with the responsibility for

1



the preparation and filing of financial statements of STATE FARM with the state regulatory

authorities, and I have personal knowledge of the facts and matters set forth herein.

3.      I am aware that Plaintiff, DEBORAH KIRBY, has alleged that this matter is a

civil action seeking to recover damages in excess of $75,000.00.

4.      Contrary to Plaintiff's assertions in Paragraph 3 of the Complaint, at all times

material to this action, STATE FARM was and is incorporated in and a citizen of the State of

Illinois, having been organized and incorporated under the laws of the State of Illinois on June

12, 1935. Attached hereto and incorporated herein as Exhibit "1" is a true and correct copy of

the Certificate of the Insurance Commissioner for the State of Illinois maintained in the business

records of STATE FARM evidencing STATE FARM's incorporation in the State of Illinois.

Attached hereto and incorporated herein as Exhibit "2" is a true and correct copy of the jurat page

of the most recent Annual Statement of STATE FARM for the year ended December 31, 1998,

evidencing STATE FARM's date of incorporation, its statutory home office, main administrative

office and mailing address as being in Bloomington, Illinois, and noting that the primary location

of its books and records is in Bloomington, Illinois.

5.      STATE FARM's principal place of business is in Bloomington, McLean County,

Illinois. The physical address is One State Farm Plaza, Bloomington, Illinois 61710-0001.

STATE FARM's principal place of business has been located in Bloomington, Illinois since its

incorporation in 1922. STATE FARM is not a citizen of nor incorporated in the State of Florida

and does not have its principal place of business in the State of Florida.

6.      STATE FARM's legal, accounting, systems, human resources, agency and other

operations are housed in Bloomington, Illinois. STATE FARM's Board of Directors meets

2

exclusively in Bloomington, Illinois. STATE FARM's General Counsel's Office is in

Bloomington, Illinois. All federal income tax returns of STATE FARM are prepared in Illinois

and filed from Illinois. Income taxes due with such returns are paid by transfers from accounts in

Illinois. All corporate accounting and investment functions of STATE FARM are conducted in

Illinois. All company officers of STATE FARM are elected in Illinois. All corporate general

operational departments of STATE FARM are located in Illinois.

     I HEREBY SWEAR AND AFFIRM UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS BASED UPON PERSONAL KNOWLEDGE AND IS TRUE AND
CORRECT.

Gregory Clapper
Assistant Secretary-Treasurer
State Farm Mutual Automobile Company


     The foregoing instrument was acknowledged before me this _11_ day of

_January_, 2000, by Gregory Clapper, who is personally known to me and who did take

an oath.

(SEAL)

Notary Public

Printed Name/Title (Officer)

My Commission Expires:

OFFICIAL SEAL
ALAN C TATUM
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/18/00

3



# STATE OF ILLINOIS
## DEPARTMENT OF INSURANCE

**WHEREAS,** the ___STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY___

_____

located at ___BLOOMINGTON___ in the State of **Illinois** was incorporated pursuant to

the provisions of the "**Illinois Insurance Code**" applicable to said Company:

    **NOW, THEREFORE,** I, the undersigned, Director of Insurance of the State of Illinois, do hereby

certify that the said Company is authorized to transact its appropriate business as set forth under

Clause(s)_____

_____(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) of Class 2_____

_____(a), (b), (c), (d), (e), (f), (g), (h) of Class 3_____

of Section 4 of the "**Illinois Insurance Code**" in this State, in accordance with the laws thereof.



**IN TESTIMONY WHEREOF,** I

hereto set my hand and cause to be affixed

the Seal of my office. Done at the City of

Springfield, this ___26th___ day of

___January___, A.D., ___1999___ .

_Nat Shapo_
_____
Director of Insurance

Nathaniel S. Shapo,

IL446-0077 (4/91)
Certificate of Compliance–Domestic Companies

PROPERTY AND CASUALTY COMPANIES—ASSOCIATION EDITION

# ANNUAL STATEMENT
### FOR THE YEAR ENDED DECEMBER 31, 1998
OF THE CONDITION AND AFFAIRS OF THE

## State Farm Mutual Automobile Insurance Company

| | | |
|---|---|---|
| NAIC Group Code    0176 | NAIC Company Code    25178 | Employer's ID Number    37-0533100 |

Organized under the Laws of the State of _____ Illinois _____, using _____ as the Port of Entry, made to the

**INSURANCE DEPARTMENT OF THE STATE OF**

**PURSUANT TO THE LAWS THEREOF**

| | | |
|---|---|---|
| Incorporated    03/29/1922 | Commenced Business    06/07/1922 | |
| Statutory Home Office    One State Farm Plaza (Street and Number) | | Bloomington, IL 61710 (City or Town, State and Zip Code) |

Main Administrative Office    One State Farm Plaza (Street and Number)

Bloomington, IL 61710 (City or Town, State and Zip Code)    309-766-2311 (Area Code) (Telephone Number)

Mail Address    One State Farm Plaza (Street and Number or P.O. Box)    Bloomington, IL 61710 (City or Town, State and Zip Code)

Primary Location of Books and Records    One State Farm Plaza (Street and Number)

Bloomington, IL 61710 (City or Town, State and Zip Code)    309-766-2311 (Area Code) (Telephone Number)

Annual Statement Contact    Greg Clapper (Name)    309-766-6714 (Area Code) (Telephone Number) (Extension)

## OFFICERS

| | | |
|---|---|---|
| Chairman of the Board | Vice Chairman and President | |
| EDWARD BARRY RUST, JR. | | VINCENT JOSEPH TROSINO |
| Vice Chairman and Treasurer | Vice President, Secretary and Counsel | |
| ROGER SCOTT JOSLIN | | LAURA PATRICIA SULLIVAN |

### VICE PRESIDENTS

| | | |
|---|---|---|
| KIM MARTIN BRUNNER # | JOE BRUCE CALLIS | JOHN PETER COFFEY |
| BARBARA RAE COWDEN # | PAUL NELSON ECKLEY # | GARY GRANT |
| FRANK ROBERT HAINES | DARRELL DEAN KEHL | JOHN JOSEPH KILLIAN |
| RODERICK MOORE MATTHEWS # | WILLIAM ADAM MONTGOMERY | KURT GEORGE MOSER |
| JOHN WARREN NORTH # | JAMES ELLWYN RUTROUGH, JR. | LAURA PATRICIA SULLIVAN |
| WILLIAM DONALD SULLIVAN | ROGER BARTON TOMPKINS | CHARLES RICHARD WRIGHT |

### DIRECTORS OR TRUSTEES

| | | |
|---|---|---|
| WENDY LEE GRAMM | ROBERT KEITH JAEDICKE | ROGER SCOTT JOSLIN |
| WILLIAM HARRY KNIGHT, JR. | HANNE MARGRETHE MERRIMAN | JOHN CHARLES PARTEE |
| GEORGE LEWIS PERRY | JERRY IGNACIO PORRAS # | EDWARD BARRY RUST, JR. |
| PAUL THOMAS STECKO # | VINCENT JOSEPH TROSINO | JAMES QUINN WILSON |
| CHARLES RICHARD WRIGHT | | |

State of ............................ Illinois ............................ } SS:
County of ............................ McLean ............................

The officers of this company, being duly sworn, each deposes and says that they are the above described officers of the said insurer, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said insurer, free and clear from any liens or claims thereon, except as herein stated, and that this Statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to is a full and true statement of all the assets and liabilities and of the condition and affairs of the said insurer as of the reporting period stated above, and of its income and deductions therefrom for the period reported, and have been completed in accordance with the NAIC annual statement instructions and accounting practices and procedures manuals except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively.

| | | |
|---|---|---|
| *(signature)* | *(signature)* | *(signature)* |
| Vincent J. Trosino | Laura P. Sullivan | Roger S. Joslin |
| Vice Chairman and President | Vice President, Secretary and Counsel | Vice Chairman and Treasurer * |

Subscribed and sworn to before me this
18th day of February, 1999

*(signature)*

"OFFICIAL SEAL"
Eilene Northcutt
Notary Public, State of Illinois
My Commission Expires 10/31/01

a. Is this an original filing?    Yes [ X ]  No [   ]
b. If no,
   1. State the amendment number _____
   2. Date filed _____
   3. Number of pages attached _____

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY,
FLORIDA.

CASE NO.:                        99021267

DEBORAH KIRBY,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, DEBORAH KIRBY, by and through the undersigned attorneys, and sues the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and as grounds therefor would state:

1.     This is an action for damages in excess of Fifteen Thousand ($15.000.00) Dollars and is brought pursuant to Florida Statutes §625.155 and Florida Statute §659, (Florida Unfair and Deceptive Trade Practices Act).

2.     At all times material hereto, the Plaintiff, DEBORAH KIRBY, was and is a resident of Broward County, Florida.

3.     At all times material hereto, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "STATE FARM"), was and is an insurance company authorized to do business in the State of Florida, and in fact, was doing business in Broward County, Florida.



DEFENDANT'S
EXHIBIT
B

4.      At all times material hereto, the Defendant, STATE FARM, issued an insurance policy to the Plaintiff, DEBORAH KIRBY, in Broward County, Florida.

5.      On or about April 8, 1994, the Plaintiff, DEBORAH KIRBY, was injured in an automobile accident in which she was rear ended and injured by an underinsured motorist.

6.      The premium for said policy of insurance issued by the Defendant, STATE FARM, was paid by the Plaintiff, DEBORAH KIRBY, for insurance coverage which provided for uninsured/uninsured motorist benefits.    A copy of policy is attached hereto as Plaintiff's Exhibit "A."

## Count I

### STATUTORY BAD FAITH
### UNDER FLORIDA STATUTE §624.155,

Plaintiff realleges and reavers Paragraphs 1-6 as if fully set forth herein and would further state:

7.      Plaintiff, DEBORAH KIRBY, has complied with all requirements of Florida Statute §624.155.    A copy of the Civil Remedy Notice and return receipt cards to Defendant, STATE FARM, is attached as Plaintiff's composite Exhibit "B."

8.      Defendant, STATE FARM, refused to settle with the Plaintiff, DEBORAH KIRBY, knowing full well that the Plaintiff was entitled to benefits, alleging that the injuries sustained by the Plaintiff, DEBORAH KIRBY, were not caused by the accident in question. The failure to pay underinsured/uninsured motorist benefits to Plaintiff, DEBORAH KIRBY, is inconsistent with payment of PIP benefits and medical payments benefits under the said policy of insurance.

2

9.     Defendant, STATE FARM, has established a pattern of not settling cases and hire doctors who consistently hold that plaintiffs are not injured as a result of accidents and had sustained no permanent injuries due to car accidents.

10.     Defendant, STATE FARM, has a pattern of intimidating plaintiffs as part of a national campaign to influence jurors in civil action suits to give plaintiffs less money as compensation for injuries sustained in accidents.

11.     Defendant's STATE FARM, conduct has been outrageous and constitutes a business practice of fraud and deceit for which punitive damages are called for.

12.     As a result of Defendant, STATE FARM, failing to settle with the Plaintiff, DEBORAH KIRBY, for the underinsured/uninsured benefits she was entitled to, Plaintiff, DEBORAH KIRBY, sustained serious bodily injuries caused by an underinsured/underinsured motorist and Defendant, STATE FARM, has failed and/or refused to pay the underinsured/uninsured motorist benefits she is entitled under the said policy of insurance.

13.     Plaintiff, DEBORAH KIRBY, has been required to retain the services of this law firm and has agreed to pay said firm a reasonable attorney fee for said representation.

WHEREFORE, Plaintiff, DEBORAH KIRBY, demands judgment for damages against the Defendant, STATE FARM, together with costs and attorney fees and demands trial by jury of all issues triable as of right by jury.

3

## Count II

## CLAIM FOR PUNITIVE DAMAGES

Plaintiff realleges and reavers Paragraphs 1-6 as if fully set forth herein and would further state:

14.    Defendant, STATE FARM, has become the number one seller of insurance coverage in the State of Florida and has marketed itself as being fair, just and reasonable.

15.    Plaintiff, DEBORAH KIRBY, had purchased insurance coverage believing her insurance carrier, Defendant, STATE FARM, would act fairly with her if she had any claims.

16.    At the time the Plaintiff, DEBORAH KIRBY, presented her claim, not only did the Defendant, STATE FARM, not act fairly, but acted with deceit and fraud towards the Plaintiff, DEBORAH KIRBY, and towards the judicial system.

17.    Rather than pay the benefits due under the policy to the Plaintiff, DEBORAH KIRBY, the Defendant, STATE FARM, chose to hire physicians who consistently testified for the Defendant, STATE FARM, that there were no causal relationships of injuries to accidents and no permanent injuries.    The Defendant, STATE FARM, have paid physicians approximately Forty Thousand ($40,000.00) Dollars, when the total benefits due and owing under the policy of insurance was One Hundred Thousand ($100,000.00).

18.    Plaintiff, DEBORAH KIRBY, believes that there is an actual campaign to defraud plaintiffs by classifying claims to plaintiffs as being without merit, even though Plaintiff, DEBORAH KIRBY, purchased insurance coverage to protect her for losses that she sustained in the subject accident and as verified by a jury on 12/1/99.

4

19.     Defendant, STATE FARM, has defrauded plaintiffs into believing that when they presented to the Defendant, STATE FARM, their claims would be paid pursuant to the coverage purchased.   Instead of paying the claims, Defendant, STATE FARM, paid outside experts to disprove plaintiffs' claims.

20.     The actions of the Defendant, STATE FARM, are outrageous and beyond deceit to the public and should not be tolerated by any individual or Court in this land.

21.     The Plaintiff, DEBORAH KIRBY, prays that this Court stop the deceit and fraud of the Defendant, STATE FARM, and prove to the public that enough is enough and grant punitive damages to Plaintiff, DEBORAH KIRBY, in excess of Twenty Million ($20,000,000) Dollars.

22.     Plaintiff, DEBORAH KIRBY, has been required to retain the services of this law firm and has agreed to pay said firm a reasonable attorney fee for said representation.

WHEREFORE, Plaintiff, DEBORAH KIRBY, demands judgment against the Defendant, STATE FARM, together with costs, attorney fees and demands trial by jury of all issues triable as of right by jury.

> KRUPNICK, CAMPBELL, MALONE, ROSELLI,
> BUSER, SLAMA, HANCOCK, McNELIS
> LIBERMAN & McKEE, P.A.
> Attorney for Plaintiff
> 700 Southeast Third Avenue
> Courthouse Law Plaza, Suite 100
> Fort Lauderdale, Florida 33316
> (954) 763-8181
>
> BY: _____
>     WALTER G. CAMPBELL, JR., ESQUIRE
>     Florida Bar No.: 161009

5

# State Farm Insurance Companies



STATE FARM INSURANCE COMP/
2775 Sunny Isles Blvd
N Miami Beach, Fl 33160-4007

August 23, 1994

## CERTIFICATE OF COVERAGE

The undersigned is a Claim Superintendent for the State Farm Mutu
of Bloomington, Illinois.

     This certifies that policy number 5897-750-F24-59A,
covering a Acura, Integra, 1993, was
issued to DEBORAH L. KIRBY and was in effect on the accident date
of April 8, 1994.

The coverages and limits of liability for this policy on that
date were A100/300/50 P 10,000 C 5,000 D250 G250H R1 U3 100/300 S

                           ARSENIO RODRIGUEZ
                           Claim Superintendent

State of FLORIDA           }
                           } ss.
County of DADE            }

     Subscribed and sworn to before me this ___23___ day of
_____August_____ , 19_94_ .

                           _____
                                   Notary Public

NOTARY PUBLIC
My Commission Expires:
BONDED

_____

State Farm Mutual Automobile Insurance Company

PLAINTIFF'S
EXHIBIT
_A_

HOME OFFICES: BLOOMINGTON, ILLINOIS 61710-0001

**INSTRUCTIONS FOR COMPLETING THIS FORM**

| | |
|---|---|
| **RETURN THIS FORM TO:** | Florida Department of Insurance<br>Bureau of Consumer Assistance<br>Larson Building, 200 E. Gaines St.<br>Tallahassee, FL 32399-0300 |

DOI File Number: _____

**1.** Insurance Company Name: _State Farm Mutual Automobile Insurance Company_

    10400 Griffin Road, Suite 206, Cooper City, Florida, 33328

    Individual(s) Involved: _Joanne Minimi_

This notice is given for the purpose of perfecting the rights of the person(s) damaged to pursue civil remedies authorized by Section 624.155, Florida Statutes. This form should be completed in its entirety and the applicable items checked.

**2.** Complainant: XX Insured(150) ___ Third Party(160)   Other(170)    Insured Name: _Deborah Kirby_

Complainant Name: _Deborah Kirby_      Policy/Claim No.: _5897-750-F24-59A_

**3. TYPE OF INSURANCE:**

**Accident & Health (201)**
- ___ Group Disability Income (307)
- ___ Group Major Medical (308)
- ___ Individual Disability Income (316)
- ___ Individual Major Medical (318)
- ___ Individual Medicare Supplement (319)
- ___ Other Accident & Health (327)

**Life & Annuity (202)**
- ___ Annuity (329)
- ___ Individual Credit Life (333)
- ___ Individual Whole Life (334)
- ___ Individual Term Life (335)
- ___ Universal Life (338)
- ___ Other Life or Annuity (339)

**Auto (203)**
- ___ Personal PIP/No-Fault (343)
- _X_ Personal Uninsured Motorist (346)
- ___ Personal Bodily Injury Liab. (340)
- ___ Personal Property Damage Liab. (341)
- ___ Commercial Uninsured Motorist (354)
- ___ Commercial Bodily Injury Liab. (348)
- ___ Other (367)

**Other Personal Property & Casualty (204)**
- ___ Boat (369)
- ___ Condo Unit Owner (370)
- ___ Dwelling Fire (371)
- ___ Homeowner (372)
- ___ Mobile Home (374)
- ___ Other (376)

**Other Commercial Property & Casualty (205)**
- ___ Commercial Fire (378)
- ___ Commercial Umbrella (380)
- ___ Condo Association (381)
- ___ General Liability (383)
- ___ Ocean Marine (385)
- ___ Other (387)

**Other (207)**
- ___ Other (397)

**4. REASON FOR NOTICE:**

- xx Claim Denial (403)   ___ Other Claim Problem (405)   ___ Unsatisfactory Settlement Offer (433)
- xx Claim Delay (404)   ___ Unfair Trade Practice (417)   ___ Cancellation/Non-renew (402)   ___ Other (434) _____

**5. STATUTE(S) ALLEGEDLY VIOLATED BY INSURER:**

Statute language in effect at the time of filing this notice will be incorporated by reference. If the statute year is different from the year this form is filed, specify the correct statute year ( 19___ ).

- ___ 627.7283
- ___ 626.9706
- ___ 626.9705

- ___ 626.9541(1)(i)
- ___ 626.9707
- ___ OTHER _____

- ___ 626.9541(1)(o)
- _X_ 624.155(1)(b)(1)

- ___ 626.9451(1)(x)
- ___ 624.155(1)(b)(2)

- ___ 626.9551
- ___ 624.155(1)(b)(3)

**6.** Briefly reference the policy language that is relevant to the violation, if any (use back of this form only). Not necessary if third party claim or if policy language is not available.

**7.** Briefly describe the facts and circumstances giving rise to the violation (use the back of this form only).

Attorney Name, if applicable: _Walter G. Campbell, Jr., Esquire_

Attorney's Address: _Krupnick, Campbell, Malone, Roselli, et al_
    _700 S.E. 3rd Avenue, Suite 100_
    _Fort Lauderdale, FL 33316_

Date ___/___/___    _(954) 763-8181_

PLAINTIFF'S EXHIBIT
B

PLEASE READ THE FOLLOWING INSTRUCTIONS BEFORE COMPLETING THE CIVIL REMEDY NOTICE OF INSURER VIOLATION FORM (DI4-363). **DO NOT ATTACH ADDITIONAL INFORMATION OR DOCUMENTATION TO THE FORM**

RETURN ONLY THIS FORM TO THE FLORIDA DEPARTMENT OF INSURANCE AT THE ADDRESS PROVIDED ON THE FRONT. YOU MUST ALSO NOTIFY THE INSURER AS PROVIDED IN SECTION 624.155(2)(a), FLORIDA STATUTES.

IF REQUIRED INFORMATION IS UNKNOWN OR UNAVAILABLE, SO INDICATE IN THE SPACE PROVIDED FOR THE INFORMATION. DO NOT LEAVE BLANKS.

**ITEM 1**   Insert the complete and correct name of the insurer that you feel is in violation of the statutes. Example: ABC Indemnity Insurance Company, ABC Mutual Insurance Company, ABC Property & Casualty Insurance Company, etc. If the complete and correct insurer name is not included, the form will be returned for lack of specificity. Refer to Section 624.03, Florida Statutes for the definition of insurer. Insert the name of the individual (insurer's representative(s)) you feel is responsible for the violation.

**ITEM 2**   Indicate whether the complainant is the insured, a third party claimant or a claimant other than the insured or third party (check only one). In the space provided, give the name of the complainant, the name of the insured and the policy number and/or the claim number if known.

**ITEM 3**   Locate the general type of insurance involved then check the specific type of coverage that is at issue. If the general type of insurance involved in the alleged violation is not listed, check "Other".

**ITEM 4**   Check the reason you feel the insurer in is violation. If the reason is not listed, check other and very briefly specify the reason in the space provided.

**ITEM 5**   Check the statute allegedly violated by the insurer. The specific language of the statute in effect on the date the notice is received by the Department of Insurance will be incorporated by reference. If statutory language other than that which is in effect on the date the Department of Insurance receives the form is the statutory language that the insurer allegedly violated, give the correct year. The statutory language will be incorporated by reference.

**ITEM 6**   In the space provided below, briefly reference the policy language, if any, that is relevant to the violation. The policy language is not necessary if this is a third party action or if the policy language is not available. Do not attach additional information to this form. Please indicate if this is a third party action or if the policy language is not available.

**ITEM 7**   In the space provided below, briefly describe the facts and circumstances that gave rise to the violation. Do not attach additional information to this form.

---

**ITEM 6**   Policy Language:   Not available.

---

**ITEM 7**   Facts and circumstances giving rise to the violation: On 4/8/94, Deborah Kirby was involved in a motor vehicle accident in which she sustained severe injuries. The adverse insurer has offered their policy limits to settle this matter and State Farm has refused to give permission to settle. Additionally, Deborah Kirby, has made a claim under the uninsured/underinsured motorist coverage available under the subject policy. State Farm has failed to settle Deborah Kirby's claim under the uninsured/underinsured motorist portion of her policy.

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
State Farm Mutual Automobile
Insurance Company
10400 Griffin Road.
Suite 266
Cooper City, Fl. 33328

4a. Article Number
P-140-709-128

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail       ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
1-2-99

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)
X   Lynn Rubin

PS Form 3811, December 1994        Domestic Return Receipt

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Florida Department of Ins.
Bureau of Consumer Affairs
Larson Building
200 E. ___ Street
Tallahassee Fl. 32399-0300

4a. Article Number
P-140-709-130

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail       ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
1996

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994        Domestic Return Receipt

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY
CASE NO.: 99-021267CACE04

DEBORAH KIRBY,

      Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## CERTIFICATION OF NOTICE OF REMOVAL

TO:    CLERK OF CIRCUIT COURT FOR BROWARD COUNTY
       General Jurisdiction Division
       Broward County Courthouse
       201 Southeast 6th Street
       Ft. Lauderdale, Florida 33301

In compliance with 28 U.S.C. §1446(e), you are hereby notified of the filing of a Notice for Removal in the above styled cause to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, copies of which are attached hereto.

Dated this _____ day of January, 2000.

Doc:MSE/83218


DEFENDANT'S
EXHIBIT
C

BUTLER, BURNETTE & PAPPAS

LEWIS F. COLLINS, JR., ESQUIRE
Florida Bar No. 267422
Bayport Plaza - Suite 1100
6200 Courtney Campbell Causeway
Tampa, Florida 33607-1458
(813) 281-1900
FACSIMILE: (813) 281-0900
Attorneys for Defendant:
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail, this ___ day of January, 2000 to the following:

WALTER G. CAMPBELL, ESQUIRE
700 SOUTHEAST THIRD AVENUE
COURTHOUSE LAW PLAZA, SUITE 100
FORT LAUDERDALE, FLORIDA 33316

LEWIS F. COLLINS, JR., ESQUIRE

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY
CASE NO.: 99-021267CACE04

DEBORAH KIRBY,

      Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## <u>NOTICE OF REMOVAL TO OPPOSING COUNSEL</u>

TO:    Walter G. Campbell, Jr., Esquire
      700 Southeast Third Avenue
      Courthouse Law Plaza, Suite 100
      Fort Lauderdale, Florida 33316

YOU ARE HEREBY NOTIFIED that on this ___13th___ day of January, 2000, Defendant,

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, did mail to the Office

of the Clerk of the United States District Court for the Southern District of Florida, Ft.

Lauderdale Division, its Notice of Removal of the above-styled cause to the United States

District Court for the Southern District of Florida, Ft. Lauderdale Division.  A copy of said

notice being attached hereto and that removal of said cause to the United States District

Court for the Southern District of Florida, Ft. Lauderdale Division, has been affected

hereby.

      You will please serve the undersigned with copies of all pleadings which may be

filed by you in the United States District Court for the Southern District



of Florida, Ft. Lauderdale  Division, pursuant to the removal of said cause aforesaid, in accordance with the Rules of Civil Procedure obtaining in the said District Court.

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, this day personally appeared LEWIS F. COLLINS, who, being first duly sworn, deposes and says:

1.    That he is the attorney for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY;

2.    That he did on the 17th day of January, 2000, enclose copies of the Notice of Removal, together with the copy of the foregoing Notice, in an envelope addressed to the opposing attorney, at his address, attorney for the Plaintiff, that said envelope was duly sealed, stamped, and as so addressed was deposited in the United States Mail at Tampa, Florida, for transmission to the same address on the date aforesaid.

2

BUTLER, BURNETTE & PAPPAS


LEWIS F. COLLINS, JR., ESQUIRE
Florida Bar No. 267422
Bayport Plaza - Suite 1100
6200 Courtney Campbell Causeway
Tampa, Florida 33607-1458
(813) 281-1900
FACSIMILE:  (813) 281-0900
Attorneys for Defendant:
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY


STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me this ___ day of January, 2000, by LEWIS F. COLLINS, ESQUIRE, who is personally known or who has produced _____ and who did/did not take an oath.

_____
Signature of Person Taking Acknowledgment

_____
Print Name

_____
Title

_____
Rank, if any

My Commission Expires:



CYNTHIA JEANNE SARGENT
MY COMMISSION # CC 563977
EXPIRES: June 19, 2000
Bonded Thru Notary Public Underwriters

3

JS 44   Case 0:00-cv-06100-UU   Document 1   Entered on FLSD Docket CIVIL UNGARO - BENAGES
(Rev. 12/96)

# CIVIL COVER SHEET 00-6100

00-6100

MAGISTRATE JUDGE

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Deborah Kirby

**DEFENDANTS**

State Farm Mutual Automobile Insurance Company   BROWN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Broward County, Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

A-NORTH-6100-0073/BROWN

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT McLean County, Illinois
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Walter G. Campbell, Esq.
700 Southeast Third Avenue, Ste 100
Ft. Lauderdale, FL 33316

ATTORNEYS (IF KNOWN) Lewis F. Collins, Jr., Esq.
Butler Burnette Pappas
6200 Courtney Campbell Causeway, Ste 11
Tampa, FL 33607-5749

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:  DADE,  MONROE,  BROWARD,  PALM BEACH,  MARTIN,  ST. LUCIE,  INDIAN RIVER,  OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF (For Diversity Cases Only) AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  |  | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | PERSONAL PROPERTY | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs. | ☐ 830 Patent | B☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | B SOCIAL SECURITY | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | A LABOR | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury |  | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General |  | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | B☐ 535 Death Penalty | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other |  |  | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property |  | B☐ 550 Civil Rights |  |  |  |
|  |  | B☐ 555 Prison Condition |  |  |  |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Defendant seeks removal of this cause to federal court based on complete diversity of citizenship between the parties in accordance with 28 U.S.C. § 1332. Plaintiff brought this complaint alleging bad faith on the part of the defendant, seeking punitive damages in excess of $20 million.
LENGTH OF TRIAL via 5 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ in excess of $20,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE 1-14-00
SIGNATURE OF ATTORNEY OF RECORD [signature] for Lewis F. Collins, JR

**FOR OFFICE USE ONLY**
RECEIPT # 518358   AMOUNT $150.00   APPLYING IFP ___   01-21-00   JUDGE ___   MAG. JUDGE ___