UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CIV - UNGARO - BENAGES

00 - 6100

DEBORAH KIRBY,

   Plaintiff,

vs.                                    CASE NO.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

   Defendant.
_____/

### NOTICE OF FILING

COMES NOW the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned counsel and gives notice of filing:

1. Notice of Removal.

                        BUTLER, BURNETTE & PAPPAS

                        _____
                        LEWIS F. COLLINS, JR., ESQ.
                        Florida Bar No: 267422
                        6200 Courtney Campbell Causeway
                        Bayport Plaza - Suite 1100
                        Tampa, FL 33607-5946
                        (813) 281-1900
                        FAX (813) 281-0900



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail, this /?th day of January, 2000 to the following:

WALTER G. CAMPBELL, ESQUIRE
700 SOUTHEAST THIRD AVENUE
COURTHOUSE LAW PLAZA, SUITE 100
FORT LAUDERDALE, FLORIDA 33316

LEWIS F. COLLINS, JR., ESQUIRE