UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CIV - UNGARO - BENAGES

00 - 6100

DEBORAH KIRBY,

    Plaintiff,

vs.    CASE NO.    MAGISTRATE JUDGE BROWN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

**MOTION TO DISMISS/MOTION TO STRIKE PUNITIVE DAMAGES**

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel, hereby files this its Motion to Dismiss Plaintiff's Complaint and Motion to Strike pursuant to Rule 12, Federal Rules of Civil Procedure, and in support of this Motion states:

    1.    Count I of Plaintiff's Complaint seeks relief based on STATE FARM's alleged bad faith in addressing Plaintiff's alleged right to recover insurance proceeds under a policy of insurance issued by STATE FARM.

    2.    A bad faith cause of action does not exist unless, and until, the underlying breach of contract action against the insurance company issuing the policy is resolved in favor of the party entitled to insurance proceeds under the policy. *See Blanchard v. State Farm Mut. Automobile Ins. Co.*, 575 So. 2d 1289 (Fla. 1991) and *Michigan Millers Mut. Ins. Co. v. Bourke*, 581 So. 2d 1368 (Fla. 2nd DCA 1991).



3.  Plaintiff's Complaint fails to allege the existence of any breach of contract action against STATE FARM.

4.  Accordingly, Plaintiff's Complaint does not state a cause of action, and must be dismissed.

5.  STATE FARM also moves to strike the Plaintiff's claim for punitive damages in Counts I and II, and alleges that under Florida law, a claim for punitive damages may be asserted only with leave of Court after a reasonable showing by evidence in the record providing a reasonable basis for recovery of such damages. The record contains no such evidence at this time.

6.  Count II of the Plaintiff's Complaint asserts a claim for punitive damages against STATE FARM. The Plaintiffs have not met the conditions precedent to seeking such damages in that they have failed to post costs for discovery pursuant to section 624.155(4), Florida Statutes which is a prerequisite to seeking punitive damages.

WHEREFORE, Defendant respectfully moves this Court to dismiss Plaintiff's Complaint for failure to state a cause of action and to strike the claim for punitive damages.

BUTLER, BURNETTE & PAPPAS

LEWIS F. COLLINS, JR., ESQ.
Florida Bar No: 267422
6200 Courtney Campbell Causeway
Bayport Plaza - Suite 1100
Tampa, FL  33607-5946
(813) 281-1900
FAX (813) 281-0900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this ___ day of January, 2000 to:

Walter G. Campbell, Jr., Esquire
Suite 100
700 Southeast Third Avenue
Ft. Lauderdale, Florida 33316

Lewis F. Collins, Jr., Esquire