

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-CV-6100 UNGARO-BENAGES

DEBORAH KIRBY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STRIKE CLAIM FOR PUNITIVE DAMAGES

Plaintiff, DEBORAH KIRBY, by and through the undersigned attorneys, hereby files this Motion for Extension of Time to Respond to Defendant's, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "STATE FARM"), Motion to Strike Claim for Punitive Damages, and would state as follows:

1.     Plaintiff originally filed this Complaint in State Court in Broward County, Florida.

2.     Unbeknownst to Plaintiff, on January 13, 2000, the Defendant, STATE FARM, removed this action to this Court.

FEB 1 7 2000

Rec'd in MIA Dkt _____

3.   In addition, Defendant also filed a Motion to Strike Plaintiff's Claim for Punitive Damages on January 13, 2000.

4.   Apparently, because of a clerical error in Defendant's counsel's office, Plaintiff did not receive the Notice of Removal or the Motion to Strike Punitive Damages. See Defense Counsel's letter dated February 10, 2000 which was received in Plaintiff's Counsel's office on February 11, 2000, explaining source of error.

5.   Because Plaintiff did not receive a copy of the Notice of Removal or the Motion to Strike, Plaintiff did not file a timely response to the Motion to Strike Punitive Damages.

6.   Plaintiff would like to file a response to the Motion to Strike Punitive Damages, and has a good faith basis for opposing said motion.

7.   Accordingly, Plaintiff requests an extension of time up to and including February 21, 2000 in which to file a response to Defendant's Motion to Strike Punitive Damages.

8.   Plaintiff has contacted counsel for the Defendant, who has no opposition to said extension.

WHEREFORE, Plaintiff requests an extension of time, up to and including February 21, 2000 in which to file a response to Defendant's Motion to Strike Plaintiff's Claim for Punitive Damages.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _14_ day of February, 2000 to: LEWIS COLLINS, JR., ESQUIRE, Butler, Burnette,

Pappas, Bayport Plaza, 6200 Courtney Campbell Causeway, Suite 1100, Tampa, FL, 32308 (850-894-4111; Fax: 850-894-4999).

        KRUPNICK, CAMPBELL, MALONE, ROSELLI,
        BUSER, SLAMA, HANCOCK, McNELIS
        LIBERMAN & McKEE, P.A.
        Attorney for Plaintiff
        700 Southeast Third Avenue
        Courthouse Law Plaza, Suite 100
        Fort Lauderdale, Florida 33316
        (954) 763-8181

BY: _____
    WALTER G. CAMPBELL, JR., ESQUIRE
    Florida Bar No.: 161009