

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY,

    Plaintiff,

vs.

**ORDER ON MOTION FOR
ENLARGEMENT OF TIME**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

THIS CAUSE is before the Court upon Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Strike Claim for Punitive Damages, filed February 15, 2000.

THE COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED. Plaintiff shall file the Response on or before Tuesday, February 22, 2000.

Moreover, the Court points out that pursuant to the Southern District of Florida Local Rules 7.1A(2): "2. [t]hose motions listed in A.1 above shall be accompanied by a proposed order." The Court notes that Plaintiff has failed to include a proposed order. Future noncompliance with the Local Rules will result in a denial of the non-complying motion, and any filing deadlines affected by the denial of the motion will not be extended.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of February, 2000.

                                        URSULA UNGARO-BENAGES
                                        UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

