UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
MAR 13 2000
CLARENCE MADDOX
CLERK. USDC / SDFL / MIA

CASE NO.:   00-CV-6100
Judge Ursula Ungaro-Benages

DEBORAH KIRBY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO FILE COST BOND

Plaintiff, DEBORAH KIRBY, by and through her undersigned attorney, hereby files this Motion for extension of time to file cost bond and states as follows

1. In this Court's Order of February 29, 2000 Plaintiff, DEBORAH KIRBY, was ordered to file a cost bond pursuant to Florida Statute §624.155(4). Plaintiff is prepared to file such a cost bond but requires an extension of time until March 17, 2000 in which to perfect that bond.

2. Although Plaintiff's counsel has been an attorney for over twenty-five years, he has never previously been required to file a cost bond. Plaintiff's counsel has encounter some difficulty in obtaining same. In addition, the undersigned attorney for the Plaintiff is a



State Senator and is presently in Tallahassee in Legislative Session.

3. Plaintiff's counsel has attempted to contact counsel for the Defendant, Lewis E. Collins, but has been unable to do so as of the time of the filing of this Motion to determine if he has any objection to this Motion.

4. Accordingly, Plaintiff requests this Court to enter an order allowing Plaintiff until March 17, 2000 in which to post the cost bond.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of March, 2000 to: LEWIS COLLINS, JR., ESQUIRE, Butler, Burnette, Pappas, Bayport Plaza, 6200 Courtney Campbell Causeway, Suite 1100, Tampa, FL, 32308 (850-894-4111; Fax: 850-894-4999).

KRUPNICK, CAMPBELL, MALONE, ROSELLI,
BUSER, SLAMA, HANCOCK, McNELIS
LIBERMAN & McKEE, P.A.
Attorney for Plaintiff
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316
(954) 763-8181

BY: _____
WALTER G. CAMPBELL, JR., ESQUIRE
Florida Bar No.: 161009