

FILED by _CN_ D.C.

MAR 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-CV-6100
Judge Ursula Ungaro-Benages

DEBORAH KIRBY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

### ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE COST BOND

THIS CAUSE came before the Court upon Plaintiff, DEBORAH KIRBY's, Motion for extension of time to file cost bond filed March 13, 2000.

THE COURT having considered the above-referenced Motion and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiff's Motion for extension of time to file cost bond is GRANTED and Plaintiff shall have up to and including March 17, 2000 to file said cost bond.

DONE and ORDERED in Chambers a Miami, Florida this _15_ day of March, 2000.

                                        _/s/ Ursula Ungaro-Benages_
                                        URSULA UNGARO-BENAGES
                                        UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record