UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  00-CV-6100
Judge Ursula Ungaro-Benages

DEBORAH KIRBY,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

_____/

## PLAINTIFF'S NOTICE OF FILING COST BOND

    THE PLAINTIFF, DEBORAH KIRBY, by and through her undersigned hereby

files this Notice of filing Cost Bond ~~pursuant to Court's Order.~~ *per Linda (Law office)*

## CERTIFICATE OF MAILING

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this

17TH day of March, 2000 to:  LEWIS COLLINS, JR., ESQUIRE, Butler, Burnette, Pappas,

Bayport Plaza, 6200 Courtney Campbell Causeway, Suite 1100, Tampa, FL, 32308 (850-

894-4111; Fax:  850-894-4999).

KRUPNICK, CAMPBELL, MALONE, ROSELLI,
  BUSER, SLAMA, HANCOCK, McNELIS
  LIBERMAN & McKEE, P.A.
Attorney for Plaintiff
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida  33316
(954) 763-8181

BY: _____
WALTER G. CAMPBELL, JR., ESQUIRE
Florida Bar No.:  161009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Bond for Costs**
**Bond # CGB-8516251**

DEBORAH KIRBY,                                            Case No.: 00-CV-6100
    Plaintiff,                                        Judge Ursula Ungaro-Benages

    vs:

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
    Defendant.

KNOW ALL MEN BY THESE PRESENTS:
That we, Deborah Kirby, as Principal, and the Fidelity and Deposit Company of Maryland as Surety, are held
and firmly bound unto Defendant, State Farm Mutual Automobile Insurance Company, executors,
administrators, or assigns, in the sum of Five Thousand Dollars and no cents ($5,000.00), lawful money of the
United States of America, to be paid unto the said Defendant, State Farm Mutual Automobile Insurance
Company, executors, administrators, or assigns, to which payment will and truly to be made, we do bind and
oblige ourselves, our heirs, executors, administrators, successros or assigns, jointly and severally by these
presents.

    Sealed with Surety seal and dated this 17th day of March, 2000.

    Whereas, the above -named Plaintiff, Deborah Kirby heretofore a United States citizen of the State of
Florida commenced an action in the United States District Court Southern District of Florida, in and for the
Case Number 00-CV-6100 against the said Defendant, State Farm Mutual Automobile Insurance Company.

    NOW THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That if the above named,
Plaintiff, Deborah Kirby, in the said action shall pay on demand, all punitive damage discovery costs that may
be adjudged, or awarded against Plaintiff, Deborah Kirby, as aforesaid in said action; then this obligation shall
be void, otherwise the same shall be and remain in full force and virtue.

    SIGNED AND SEALED this 17th day of March, 2000.
As Surety                                                 As Principal

By: _____          By: _____
    Thomas C. Cundy, Jr.                              Deborah Kirby
    Attorney-In-Fact

    TAKEN AND APPROVED by me this _____ day of _____ 2000.

                    Judge Ursula Ungaro-Benages

                    By: _____

*Bond # CGB-8516251*

### Power of Attorney
# FIDELITY AND DEPOSIT COMPANY OF MARYLAND
#### HOME OFFICE, BALTIMORE, MD

KNOW ALL MEN BY THESE PRESENTS: That the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation of the State of Maryland, by C. M. PECOT, JR., Vice-President, and C. W. ROBBINS, Assistant Secretary, in pursuance of authority granted by Article VI, Section 2, of the By-Laws of said Company, which are set forth on the reverse side hereof and are hereby certified to be in full force and effect on the date hereof, does hereby nominate, constitute and appoint Richard G. Presby and Thomas C. Cundy, both of Hollywood, Florida, EACH..........................................................
its true and lawful agent and Attorney-in-Fact, to make, execute, seal and deliver, for, and on its behalf as surety, and as its act and deed: any and all bonds and undertakings, each in a penalty not to exceed the sum of FIVE HUNDRED THOUSAND DOLLARS ($500,000)..........................................................
And the execution of such bonds or undertakings in pursuance of these presents, shall be as binding upon said Company, as fully and amply, to all intents and purposes, as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its office in Baltimore, Md., in their own proper persons. This power of attorney revokes that issued on behalf of Richard G. Presby, dated January 30, 1990.

The said Assistant Secretary does hereby certify that the extract set forth on the reverse side hereof is a true copy of Article VI, Section 2, of the By-Laws of said Company, and is now in force.

IN WITNESS WHEREOF, the said Vice-President and Assistant Secretary have hereunto subscribed their names and affixed the Corporate Seal of the said FIDELITY AND DEPOSIT COMPANY OF MARYLAND, this _____ 8th _____ day of _____ November _____, A.D. 19 96.

ATTEST:                                    FIDELITY AND DEPOSIT COMPANY OF MARYLAND

_____                    By _____
*Assistant Secretary*                              *Vice-President*

STATE OF MARYLAND }
COUNTY OF BALTIMORE } SS:

On this 8th day of November, A.D. 19 96, before the subscriber, a Notary Public of the State of Maryland, duly commissioned and qualified, came C. M. PECOT, JR., Vice-President and C. W. ROBBINS, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, to me personally known to be the individuals and officers described in and who executed the preceding instrument, and they each acknowledged the execution of the same, and being by me duly sworn, severally and each for himself deposeth and saith, that they are the said officers of the Company aforesaid, and that the seal affixed to the preceding instrument is the Corporate Seal of said Company, and that the said Corporate Seal and their signatures as such officers were duly affixed and subscribed to the said instrument by the authority and direction of the said Corporation.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal the day and year first above written.

CAROL J. FADER                                    *Notary Public*
My Commission Expires _____ August 1, 2000 _____

### CERTIFICATE

I, the undersigned, Assistant Secretary of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND, do hereby certify that the original Power of Attorney of which the foregoing is a full, true and correct copy, is in full force and effect on the date of this certificate; and I do further certify that the Vice-President who executed the said Power of Attorney was one of the additional Vice-Presidents specially authorized by the Board of Directors to appoint any Attorney-in-Fact as provided in Article VI, Section 2, of the By-Laws of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND.

This Certificate may be signed by facsimile under and by authority of the following resolution of the Board of Directors of the FIDELITY AND DEPOSIT COMPANY OF MARYLAND at a meeting duly called and held on the 16th day of July, 1969.

RESOLVED: "That the facsimile or mechanically reproduced signature of any Assistant Secretary of the Company, whether made heretofore or hereafter, wherever appearing upon a certified copy of any power of attorney issued by the Company, shall be valid and binding upon the Company with the same force and effect as though manually affixed."

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the said Company, this 17th day of _____ March _____, 19 2000.

_____
*Assistant Secretary*