UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Bond for Costs
Bond # CGB-8516251



FILED by _____ D.C.
DKTG
MAR 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

DEBORAH KIRBY,
    Plaintiff,

vs:

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
    Defendant.

Case No.: 00-CV-6100
Judge Ursula Ungaro-Benages

KNOW ALL MEN BY THESE PRESENTS:
That we, Deborah Kirby, as Principal, and the Fidelity and Deposit Company of Maryland as Surety, are held and firmly bound unto Defendant, State Farm Mutual Automobile Insurance Company, executors, administrators, or assigns, in the sum of Five Thousand Dollars and no cents ($5,000.00), lawful money of the United States of America, to be paid unto the said Defendant, State Farm Mutual Automobile Insurance Company, executors, administrators, or assigns, to which payment will and truly to be made, we do bind and oblige ourselves, our heirs, executors, administrators, successros or assigns, jointly and severally by these presents.

    Sealed with Surety seal and dated this 17th day of March, 2000.

    Whereas, the above -named Plaintiff, Deborah Kirby heretofore a United States citizen of the State of Florida commenced an action in the United States District Court Southern District of Florida, in and for the Case Number 00-CV-6100 against the said Defendant, State Farm Mutual Automobile Insurance Company.

    NOW THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That if the above named, Plaintiff, Deborah Kirby, in the said action shall pay on demand, all punitive damage discovery costs that may be adjudged, or awarded against Plaintiff, Deborah Kirby, as aforesaid in said action; then this obligation shall be void, otherwise the same shall be and remain in full force and virtue.

    SIGNED AND SEALED this 17th day of March, 2000.
As Surety                                           As Principal

By: _____          By _____
Thomas C. Cundy, Jr.                          Deborah Kirby
Attorney-In-Fact

    TAKEN AND APPROVED by me this 20 day of March 2000.

Judge Ursula Ungaro-Benages

By _____