**NON-COMPLIANCE OF S.D. fla. L.R.** *(stamp)*

**COPIES NOT PROVIDED** *(stamp)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

00 MAR 27 PM 2: 52

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

DEBORAH KIRBY,

    Plaintiff,

vs.                                    CASE NO. 00-CV-6100

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel, hereby files this its Motion to Dismiss for Failure to State a Cause of Action pursuant to Rule 12, Federal Rules of Civil Procedure, and in support of this Motion states:

1.     Paragraph I of Plaintiff's Amended Complaint indicates that this action is brought pursuant to Florida Statute §659, (Florida Unfair and Deceptive Trade Practices Act).

2.     Initially, §659 does not deal with the Florida Unfair and Deceptive Trade Practices Act. The correct statutory citation is to §501.201 et al.

3.     Although the Plaintiff references the UDTPA in Paragraph 1 of the Amended Complaint, the remainder of the Complaint is silent as to this allegation. The specific counts include Count I for statutory bad faith under Florida Statute §624.155 and Count II a claim for punitive damages.

MAR 29 2000

Rec'd in MIA Dkt _____



4. Plaintiff's Amended Complaint fails to contain any allegations which set forth a cause of action pursuant to the UDTPA, and must be dismissed.

WHEREFORE, Defendant respectfully moves this Court to dismiss Plaintiff's Amended Complaint for failure to state a cause of action with regard to the assertion that the claim is brought pursuant to the Florida Unfair and Deceptive Trade Practices Act.

BUTLER BURNETTE PAPPAS

_____
ANTHONY JOHN RUSSO, ESQUIRE
Florida Bar No: 0508608
6200 Courtney Campbell Causeway
Bayport Plaza - Suite 1100
Tampa, FL 33607-5946
(813) 281-1900
FAX (813) 281-0900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 24 day of March, 2000 to:

Walter G. Campbell, Jr., Esquire
Suite 100
700 Southeast Third Avenue
Ft. Lauderdale, Florida 33316

_____
Anthony J. Russo

H:\LIB\DOCS\EC\0650\000137\PLDS\FX0142.WPD

2