UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-CV-6100
Judge Ursula Ungaro-Benages

DEBORAH KIRBY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S
### MOTION TO STRIKE PUNITIVE DAMAGES

Plaintiff, DEBORAH KIRBY, by and through her undersigned attorneys, hereby files this Opposition to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's (STATE FARM) Motion to Strike Punitive Damages and states as follows:

1.    Defendant previously moved to strike Plaintiff's claim for punitive damages for Plaintiff's alleged failure to comply with Florida Statute §768.72. In this Court's Order of February 29, 2000, this Court rejected said argument noting: "This Court has previously determined that Florida Statute §768.72 is procedural in nature and in direct conflict with Federal Rule of Civil Procedure 8A." Rather than acknowledge this Court's previous ruling in this regard, Defendant's Motion to Strike reargues that Florida Statute §768.72 is substantive and binding in this Court.

2. Accordingly, Plaintiff requests this Court to deny Defendant's Motion to Strike Plaintiff's claim for punitive damages and consider the imposition of Rule 11 Sanctions based upon the Defendant's lack of candor with the Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _10_ day of April, 2000 to: LEWIS COLLINS, JR., ESQUIRE, Butler, Burnette, Pappas, Bayport Plaza, 6200 Courtney Campbell Causeway, Suite 1100, Tampa, FL, 32308 (850-894-4111; Fax: 850-894-4999).

    KRUPNICK, CAMPBELL, MALONE, ROSELLI,
    BUSER, SLAMA, HANCOCK, McNELIS
    LIBERMAN & McKEE, P.A.
    Attorney for Plaintiff
    700 Southeast Third Avenue
    Courthouse Law Plaza, Suite 100
    Fort Lauderdale, Florida 33316
    (954) 763-8181

BY: _____
    WALTER G. CAMPBELL, JR., ESQUIRE
    Florida Bar No.: 161009