UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-CV-6100
Judge Ursula Ungaro-Benages

DEBORAH KIRBY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PORTION'S OF PLAINTIFF'S AMENDED COMPLAINT

Plaintiff, DEBORAH KIRBY, by and through her undersigned attorneys, hereby files this Opposition to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's (STATE FARM) Motion to Strike Certain Portions of Plaintiff's Amended Complaint As being irrelevant, scandalous and severely prejudicial and states as follows:

1. Defendant, STATE FARM, has moved to strike certain portions of Plaintiff's Amended Complaint and in particular, paragraphs 10, 11, 17, 19, 21 and 22.

2. However, the allegations of these paragraphs are absolutely essential to Plaintiff's claim for punitive damages under Florida Statute §624.155.

3. Also, said allegations are also necessary for stating a claim under Florida's

Deceptive and Unfair Trade Practices Act.

4. Accordingly, Plaintiff requests this Court to deny Defendant's Motion to Strike Portions of Plaintiff's Amended Complaint.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _10_ day of April, 2000 to: LEWIS COLLINS, JR., ESQUIRE, Butler, Burnette, Pappas, Bayport Plaza, 6200 Courtney Campbell Causeway, Suite 1100, Tampa, FL, 32308 (850-894-4111; Fax: 850-894-4999).

> KRUPNICK, CAMPBELL, MALONE, ROSELLI, BUSER, SLAMA, HANCOCK, McNELIS LIBERMAN & McKEE, P.A.
> Attorney for Plaintiff
> 700 Southeast Third Avenue
> Courthouse Law Plaza, Suite 100
> Fort Lauderdale, Florida 33316
> (954) 763-8181
>
> BY: _____
> WALTER G. CAMPBELL, JR., ESQUIRE
> Florida Bar No.: 161009

2