UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY,

    Plaintiff,

vs.                      **OMNIBUS ORDER**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

FILED by _____ D.C.
APR 1 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon Defendant State Farm Mutual Automobile Insurance Company's ("Defendant") Motion to Dismiss for Failure to State a Cause of Action, filed March 27, 2000 and Defendant's Motion to Strike Punitive Damages, filed March 27, 2000.

THE COURT has considered the above-referenced Motions, the pertinent portions of the record, and is otherwise fully advised in the premises. In light of Plaintiff's Response to Defendant's Motion to Dismiss, incorporated request to file a Second Amended Complaint, and this Court's February 29, 2000 Order on Defendant's Motion to Dismiss/Motion to Strike, the Court resolves the aforementioned Motions without aid of Defendant's Reply.

Accordingly, it is hereby

ORDERED AND ADJUDGED that in light of Plaintiff's concession that her Amended Complaint failed to designate a separate count pursuant to Fla. Stat. § 501.201 *et seq.* and incorporated request to file a Second Amended Complaint, Defendant's Motion to Dismiss is GRANTED. Plaintiff's Second Amended Complaint, attached as an exhibit to her Response, shall be deemed filed as of the date of entry this Order. It is further

ORDERED AND ADJUDGED that in light of this Court's February 29, 2000 Order and

APR 1 7 2000

Rec'd in MIA Dkt _____

23 of Plaintiff's Second Amended Complaint alleging compliance with the bond posting requirement pursuant to Fla. Stat. § 624.155 (4), Defendant's Motion to Strike Punitive Damages is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of April, 2000.

*[signature]*
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record.