UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APR 2 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA., MIAMI

Case No. 00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY,
    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE,
    INSURANCE COMPANY,
    Defendant.
_____/

**ORDER REQUIRING SUPPLEMENT TO JOINT SCHEDULING REPORT AND REQUIRING EXPEDITED FILING**

THIS CAUSE is before the Court *sua sponte* upon receipt of the parties' Joint Scheduling and Status Report, filed April 25, 2000.

THE COURT has reviewed the Report, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the parties supplement their Witness and Exhibit List in accordance with ¶¶ 14, 15 of the Court's Order Setting Initial Planning and Scheduling Conference. It is further

ORDERED AND ADJUDGED that the parties shall file expedited supplements to said Lists with the Court **and deliver a copy to Chambers, on or before Friday, April 28, 2000 at 4:00 p.m.**

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of April, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided via fax & mail:
counsel of record