

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEBORAH KIRBY,

    Plaintiff,

vs.                                      Case No. 00-CV-6100UUB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## SUPPLEMENT TO JOINT SCHEDULING REPORT

COMES NOW the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel, pursuant to Rule 16.1(b)(7) of the Rules of the United States District Court for the Southern District of Florida, hereby files its supplement to Joint Scheduling Report in accordance with this Court's Order of April 26, 2000, as follows:

14.    Defendant's Exhibit List is as follows:

    (1)    Photographs of the vehicles involved, the scenes, or the individuals involved in the underlying action.

    (2)    Diagrams of the scene of the accident in the underlying action.

    (3)    Pleadings in the State Court action: Deborah Kirby v. Diane Sinatra and State Farm Mutual Automobile Insurance Company, Case No. 95-011882(02).

    (4)    Medical records of the Plaintiff concerning her injuries and pre-existing conditions obtained in the underlying action including x-rays and scans.

    (5)    All vehicle repair receipts and/or estimates of the vehicles involved in the underlying action.

    (6)    Plaintiff's income tax records.

    (7)    Plaintiff's employment records.

(8) Evidence of collateral source payments made to the Plaintiff.

(9) Plaintiff's PIP file from State Farm.

(10) Plaintiff's employment and payroll records from Dr. Joel Stein.

(11) Any and all medical records of Plaintiff including but not limited to:

Robert Klein, M.D.; Dr. Larry Fedman; Doctors Hospital; SBODC Memorial Hospital; Steven Brand, D.C.; Sports Medicine Program of Rehabilitation and Training; Expert Howard Cohen, D.O.; Expert Alan S. Routman, M.D.; Expert Stephen Gervin, M.D.; Dr. John Bell; Michael Zlatkin, M.D.; Dr. Elizabeth Anne Ouelette; University of Miami School of Medicine Department of Orthopedics and Rehabilitation; Jackson Memorial Hospital; Larkin Hospital; Memorial Hospital; Terri Flammer, M.S.P.T.; John Uribe, M.D.; HealthSouth Doctor's Hospital; Dr. Carol Vandenaker; Frank Musumeci, R.P.T.; Robert McCabe, P.T.; Paul Slaywek, M.D.; Michael Nissenbaum, M.D.; Liberty Mutual Insurance Group; Holy Cross Hospital; Plantation General Hospital; Cora Sue Golden, M.D.; Universal Magnetic Center Radiology Department; Neurological Associates; Dr. Steingo; Dr. Kishner; Fort Lauderdale Regional Magnetic Resonance Center; University Medical Center; HealthSouth Larkin Hospital; Comprehensive Pain and Rehabilitation Center at South Shore Hospital and Medical Center; Humana Hospital South Broward

(12) Any and all employment records of Plaintiff including but not limited to:

(13) Paradise Island Airlines.

(14) Griffin Gaming and Entertainment, Inc.

(15) Lawrence Mansfield, D.M.P.

(16) Non-Privileged portions of State Farm Mutual Automobile Insurance Company's Claim File.

15. Defendant's Witness List is as follows:

(1) Deborah Kirby.

(2) Robert Klein, M.D. (and/or Records Custodian)
1067 Pines Boulevard
Suite B
Pembroke Pines, Florida 33024

(3)  Larry Feldman, M.D. (an/or Records Custodian)
     3990 Sheridan Street
     Suite 213
     Hollywood, Florida 33021

(4)  Records Custodian
     Doctor's Hospital
     18959 Van Buren Street
     Hollywood Florida

(5)  Records Custodian
     SBODC Memorial Hospital
     3501 Johnson Street
     Hollywood, Florida 33021

(6)  Steven Brand, D.C. (and/or Records Custodian)
     1011 S.E. 17th Street Causeway
     Ft. Lauderdale, Floirda 33316

(7)  Records Custodian
     Sports Medicine Program of Rehabilitation and Training
     18690 N.W. 2nd Avenue
     Miami, Florida 33169

(8)  Dr. Joel Stein (and/or Records Custodian)
     1201 North Federal Highway
     Suite 2B
     Ft. Lauderdale, Florida

(9)  Howard Cohen, D.O. (Expert)
     10025 Cleary Boulevard
     Plantation, Florida 33324

(10) Alan S. Routman, M.D. (Expert)
     4875 North Federal Highway
     Suite 800
     Ft. Lauderdale, Florida 33308

(11) Stephen Gervin, M.d. (Expert)
     2301 North University Drive
     Suite 210
     Pembroke Pines, Florida 33024

(12) PSA Gehr
     ID/Badge No. 387
     Davie Police Department
     Davie, Florida

(13)   Diane Sinatra
       4714 N.W. 31st Court
       Coconut Creek, Florida

(14)   Denise Bacon Beaulieu
       2212 N.W. 7th Circle
       Suite 818
       Plantation, Florida

(15)   Dr. John Bell (and/or Records Custodian)
       1201 North Federal Highway
       Suite 2B
       Ft. Lauderdale, Florida  33304

(16)   Michael Zlatkin, M.D. (and/or Records Custodian)
       South Broward Hospital District
       Pembroke Pines, Florida  33038

(17)   Dr. Elizabeth Anne Ouelette (and/or Records Custodian)

(18)   University of Miami
       School of Medicine
       Department of Orthopedics and Rehabilitation

(19)   Records Custodian
       Jackson Memorial Hospital
       1611 N.W. 12th Avenue
       Miami, Florida  33136

(20)   Records Custodian
       Larkin Hospital
       7031 S.W. 62nd Avenue
       South Miami, Florida  33143

(21)   Records Custodian
       Memorial Hospital
       3501 Johnson Street
       Hollywood, Florida  33021

(22)   Terri Flammer, M.S.P.T. (and/or Records Custodian)
       Comprehensive Orthopedic Physical Therapy
       3221 N.W. 10th Terrace
       Suite 505
       Ft. Lauderdale, Florida  33309

(23) John Uribe, M.D. (and/or Records Custodian)
University of Miami
School of Medicine
Department of Orthopedics and Rehabilitation
5000 University Drive
Coral Gables, Florida 33146

(24) Records Custodian
HealthSouth Doctor's Hospital
5000 University Drive
Coral Gables, Florida 33146

(25) Dr. Carol Vandenaker (and/or Records Custodian)
1475 N.W. 12th Avenue
NCCH Building
Miami, Florida 333136

(26) Frank Musameci, R.P.T. (and/or Records Custodian)
No. 5311 Dade Physical Therapy
18690 N.W. Second Avenue
Ft. Lauderdale, Florida 33169

(27) Robert McCabe, P.T. (and/or Records Custodian)
Emerald Hills Sports Clinic
1201 North Federal Highway
Suite 2B
Ft. Lauderdale, Florida

(28) Paul Slaywek, M.D. (and/or Records Custodian)
Physicians Diagnostic and Rehab Center
7040 West Palmetto Park Road
Suite 554
Boca Raton, Florida 33433

(29) Michael Nissenbaum, M.D. (and/or Records Custodian)
MRI Scan Center
3122 East Commercial Boulevard
Ft. Lauderdale, Florida 33309

(30) Records Custodian
Liberty Mutual Insurance Company

(31) Records Custodian
Holy Cross Hopsital

(32) Records Custodian
Plantation General Hospital

(33) Cora Sue Golden, M.D. (and/or Records Custodian)
5800 Colonial Drive
Suite 105
Margate, Florida 33063

(34) Records Custodian
Universal Magnetic Center
Universal Medical Center
Radiology Department
6701 West Sunrise Boulevard
Plantation, Florida 33313

(35) Records Custodian
Neurological Associates
5333 North Dixie Highway
Suite 110
Ft. Lauderdale, Florida 33334

(36) Dr. Steingo (and/or Records Custodian)

(37) Dr. Kishner (and/or Records Custodian)

(38) Records Custodian
Fort Lauderdale Regional magnetic Resonance Center
4461 North Federal Highway
Oakland Park, Florida 33308

(39) Records Custodian
University Medical Center

(40) Records Custodian
Healthsouth Larkin Hospital
7031 S.W. 62nd Avenue
North Miami, Florida 33143

(41) Records Custodian
Comprehensive Pain and Rehabilitation Center
South Shore Hospital and Medical Center
600 Alton Road
Miami Beach, Florida 33139

(42) Records Custodian
Humana Hospital South Broward
5100 West Hallandale Beach Boulevard
Hollywood, Florida

(43) Records Custodian (and/or Representative)
State Farm Mutual Automobile Insurance Company

(44) Employment Records Custodian
Paradise Island Airlines

(45) Employment Records Custodian
Dr. Joel Stein

(46) Employment Records Custodian
Griffin Gaming and Entertainment, Inc.
4651 Sheridan Street
Suite 255
Hollywood, Florida 33021

(47) Lawrence Mansfield, D.M.P. (and/or Records Custodian)
6072 North University Drive
Tamarac, Florida 33304

(48) Melissa Silva
State Farm Insurance Companies
14360 N.W. 77th Court
Miami Lakes, Florida 33016

(49) Kenneth M. Oliver, Esquire
Kubicki Draper
One East Broward Boulevard
Suite 1600
Ft. Lauderdale, Florida 33301

(50) Bill Commerford
State Farm Insurance Companies
14360 N.W. 77th Court
Miami Lakes, Florida 33016

BUTLER BURNETTE PAPPAS

_____
Lewis F. Collins, Jr., Esquire
Florida Bar No. 267422
6200 Courtney Campbell Causeway
Bayport Plaza - Suite 1100
Tampa, Florida 33607-5946
(813) 281-1900 (Telephone)
(813) 281-0900 (Facsimile)
Counsel for Defendant, SFMAIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Walter G. Campbell, Jr., Esquire, Suite 100, 700 Southeast Third Avenue Ft. Lauderdale, Florida 33316 on this 27 day of April, 2000.

_____
Lewis F. Collins, Jr., Esquire