

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEBORAH KIRBY,

    Plaintiff,

vs.                                            CASE NO. 00-CV-6100UUB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

## MOTION TO DISMISS SECOND AMENDED COMPLAINT
## FOR FAILURE TO STATE A CAUSE OF ACTION

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel, hereby files this its Motion to Dismiss for Failure to State a Cause of Action pursuant to Rule 12, Federal Rules of Civil Procedure, and in support of this Motion states:

    1.    The title of Count III of Plaintiff's Second Amended Complaint indicates that this action is brought pursuant to Florida's Unfair and Deceptive Trade Practices Act.

    2.    Although the Plaintiff references the UDTPA in the title of Count III of the Second Amended Complaint, the remainder of the Complaint is silent as to this allegation.

    3.    Plaintiff's Second Amended Complaint fails to contain any allegations which set forth a cause of action pursuant to the UDTPA, and must be dismissed.

WHEREFORE, Defendant respectfully moves this Court to dismiss Plaintiff's Second Amended Complaint for failure to state a cause of action with regard to the assertion that the claim is brought pursuant to the Florida Unfair and Deceptive Trade Practices Act.

NON-COMPLIANCE OF S.D. Fla. L.R. 7.1A4.

BUTLER BURNETTE PAPPAS

_____
LEWIS F. COLLINS, JR., ESQUIRE
Florida Bar No: 267422
6200 Courtney Campbell Causeway
Bayport Plaza - Suite 1100
Tampa, FL 33607-5946
(813) 281-1900
FAX (813) 281-0900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by FAX and U.S. Mail this 25th day of April, 2000 to:

Walter G. Campbell, Jr., Esquire
Suite 100
700 Southeast Third Avenue
Ft. Lauderdale, Florida 33316

_____
Lewis F. Collins, Jr.

H:\LIB\DOCS\EC\0650\000137\PLDS\G88012.WPD