UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEBORAH KIRBY,

      Plaintiff,

vs.                                   CASE NO. 00-CV-6100 UUB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT

Plaintiff DEBORAH KIRBY has referenced the Florida Unfair Deceptive Trade Practices Act in Count III of Plaintiff's Second Amended Complaint. Copy of Plaintiff's Second Amended Complaint is attached to this memorandum as Exhibit "1". While the title of Count III references "Florida's Unfair and Deceptive Trade Practices Act," the body of Plaintiff's Second Amended Complaint fails to refer to the FUDTPA at all and further fails to indicate whether Count III is brought pursuant to common law of Section 624.155, Fla. Stat. Accordingly, Plaintiff has failed to state a claim upon which relief can be granted pursuant to the Florida Unfair Deceptive Trade Practices Act. *Cf. DM Research, Inc. v. College of Am. Pathologists*, 170 F.3d 53, 55 (1st Cir. 1999) (conclusory allegations of anti-trust conspiracy are insufficient; *see, also, Barren v. Harrington*, 152 F. 3d 1193, 1194 (9th Cir. 1998), *cert. den.* - - - U.S. - - -, 142 L. Ed. 2d 63 (1999) (conclusory allegations are not sufficient when Plaintiff does not set out factual details sufficient to support the conclusions of those allegations).



WHEREFORE Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY hereby moves to dismiss any cause of action based upon the Unfair and Deceptive Trade Practices Act referenced solely by name in the title of Count III of Plaintiff's Second Amended Complaint.

BUTLER BURNETTE PAPPAS

LEWIS F. COLLINS, JR., ESQUIRE
Florida Bar No: 267422
6200 Courtney Campbell Causeway
Bayport Plaza - Suite 1100
Tampa, FL 33607-5946
(813) 281-1900
FAX (813) 281-0900
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by FAX and U.S. Mail this 25 day of April, 2000 to:

Walter G. Campbell, Jr., Esquire
Suite 100
700 Southeast Third Avenue
Ft. Lauderdale, Florida 33316

Lewis F. Collins, Jr.