UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-CV-6100
Judge Ursula Ungaro-Benages

DEBORAH KIRBY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

**PLAINTIFF'S SUPPLEMENT TO JOINT SCHEDULING REPORT**

Plaintiff, DEBORAH KIRBY ("KIRBY") and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM") pursuant to Rule 16.1(B)(7) of the Rules of the United States District Court for the Southern District of Florida and the Court's Order Requiring Supplement To Joint Scheduling Report and Requiring Expedited Filing dated April 26, 2000 hereby files the following Witness and Exhibit Lists.

14. **PLAINTIFF'S DOCUMENTS AND EXHIBITS:**

    1.    Defendant State Farm's underwriting policy regarding the subject matter.

    2.    The adjuster(s) claim files regarding this subject matter.

    3.    The subject insurance policy.

4. State Farm's files and documents supportive of Plaintiff's claim for bad faith and violation of Florida Statute §624.155(4).

5. Any and all exhibits listed by the Defendant.

6. Life Tables

7. Current copy of Wall Street Journal to determine present value interest fact

8. Anatomical designs, sketches and/or models.

9. Positives, negatives and/or blowups of Plaintiff's x-rays and/or scans.

10. Plaintiff's income tax returns and/or proof of loss of earnings.

11. Applicable rules and ordinances.

12. Plaintiff's medical reports and records.

13. Plaintiff's medical bills and expenses for Plaintiff's medical providers, including but not limited to the following:

Joel D. Stein, D. O.
Radiology Associates
Anne Ouellette, M. D.
University of Miami Diagnostic Clinic
Health South Doctor's Hospital
North Dade Physical Therapy/Sport Clinic
Memorial Hospital West
Brown, Davila, Kahn MDS
John Uribe, M. D.
Rehabilicare
Holy Cross Hospital
MRI Scan Center
Memorial Hospital
Physician's Diagnostic & Rehab Center

**15. PLAINTIFF'S WITNESSES:**

1. Corporate Representative of Defendant, State Farm

2. Adjuster(s) for State Farm on the subject file.

3. Kenneth Oliver, Esq.
   Kubicki, Draper, et al.
   The Barnett Bank Building, Suite 1600
   One East Broward Boulevard
   Fort Lauderdale, Florida   33301  768-0011

4. Walter G. Campbell, Jr.
   700 S. E. Third Avenue, Suite 100
   Fort Lauderdale, Florida

5. Kathy Carr
   5129 N. E. 19th Avenue
   Ft. Lauderdale, Florida 33308

6. Jack Theodore
   256 Hallandale Beach Blvd.
   Apt. 108
   Hallandale, Florida 33319

7. Sandra Block
   231 174th Street, Apt. 1803
   Sunny Isles Beach, Florida

8. Corrine Hernandez
   5111 A Lake Catalina
   Boca Raton, Florida 33496

9. Lucille Kirby
   501 West Stablers Church Road
   Parkton, Md.

10. PSA Ger
    ID/Badge No. 387
    Davie Police Department
    Davie, Florida

11. Diane Sinatra
    4714 Northwest 31st Court
    Coconut Creek, Florida

12. Dr. Joel Stein
    1201 N. Federal Highway, #2B
    Fort Lauderdale, FL

13. Dr. John Bell
    1201 N. Federal Highway, Suite #2b
    Fort Lauderdale, FL 33304

14. Michael Zlatkin, M. D.
    South Broward Hospital District
    Pembroke Pines, Florida 33038

15. Dr. Elizabeth Anne Ouellette
    University of Miami School of Medicine
    Department of Orthopaedics and Rehabilitation (D-27)
    P.O. Box 016960
    Miami, FL
    Jackson Memorial Hospital
    1611 N.W. 12th Avenue
    Miami, Florida 33136

16. Medical Records Custodian
    Larkin Hospital
    7031 S.W. 62nd Avenue
    So. Miami, FL 33143

17. John W. Uribe, M.D.
    University of Miami School of Medicine
    Department of Orthopedics & Rehabilitation
    5000 University Drive
    Coral Gables, FL 33146

18. Medical Records Custodian
    HealthSouth Doctor's Hospital
    5000 University Drive
    Coral Gables, FL 33146

19. Paul B. Slawek, M.D.
    Physician's Diagnostic & Rehab Center
    7040 W. Palmetto Park Road, Suite @-554
    Boca Raton, Florida 33433

20. Michael A. Nissenbaum, M.D.
    MRI Scan Center
    3122 E. Commercial Blvd.
    Fort Lauderdale, Florida 33308

21. Dr. Roland Kaplan
    1201 N. Federal Highway, Suite 2B
    Fort Lauderdale, Florida 33304

22. R. A. Mangasarian, M. D.
    Radiologist at MRI Scan Center
    Healthsouth Doctors' Hospital
    500 University Drive
    Coral Gables, Florida 33146

23. Leona Allison and/or representative
    Allison Graphics
    1700 SW 2nd Avenue
    Miami, FL 33129-1108

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 27th day of April, 2000 to: LEWIS COLLINS, JR., ESQUIRE, Butler, Burnette, Pappas, Bayport Plaza, 6200 Courtney Campbell Causeway, Suite 1100, Tampa, FL, 32308 (850-894-4111; Fax: 850-894-4999).

KRUPNICK, CAMPBELL, MALONE, ROSELLI,
BUSER, SLAMA, HANCOCK, McNELIS
LIBERMAN & McKEE, P.A.
Attorney for Plaintiff
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316
(954) 763-8181

BY: _____
WALTER G. CAMPBELL, JR., ESQUIRE
Florida Bar No.: 161009