UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY,
    Plaintiff,

vs.

**ORDER ON SECOND MOTION TO STRIKE**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
    Defendant.
_____/

FILED by _____ D.C.
MAY 01 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon Defendant State Farm Mutual Automobile Insurance Company's ("Defendant") Motion to Strike Certain Portions of Plaintiff's Second Amended Complaint as Being Immaterial, Irrelevant, Scandalous and Severly Prejudicial, filed March 27, 2000. The Court resolves Defendant's Motion without aid of Plaintiff's Response.

THE COURT has considered the above-referenced Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion is DENIED as moot in light of this Court's April 26, 2000 Order on Motion to Strike. In that Order, the Court noted that although Defendant's previous Motion to Strike referenced Plaintiff's Amended Complaint, Plaintiff had since filed a Second Amended Complaint and the allegations at issue in both Complaints were identical. Therefore, in denying the previous Motion to Strike, the Court's rulings similarly pertained to Plaintiff's Second Amended Complaint and the allegations contained therein.

DONE AND ORDERED in Chambers at Miami, Florida, this __1__ day of April, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record