UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY,

    Defendant.
_____/

**ORDER REGARDING DEFENDANT'S REQUEST FOR 3-PHASED DISCOVERY PROCESS**

THIS CAUSE is before the Court upon the parties Joint Scheduling Report wherein Defendant requested that discovery be conducted in three separate phases, filed April 25, 2000.

THE COURT has considered Defendant's Request, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendant's Request is DENIED. The Court finds no cause for discovery to proceed in three phases and advises the parties that all discovery shall proceed in a single phase in accordance with the Court's Scheduling Order.[1]

DONE AND ORDERED in Chambers at Miami, Florida, this ___1___ day of May, 2000.

                URSULA UNGARO-BENAGES
                UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

---

[1] The Court's Scheduling Order for Pre-Trial Conference and Trial will issue under separate Order.