UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6100-CIV
            UNGARO-BENAGES

DEBORAH KIRBY,

    Plaintiff,

v.

STATE FARM MUTUAL ATUOMOBILE
INS. CO.,

    Defendant,
------------------------------/

SCHEDULING ORDER FOR
PRETRIAL CONFERENCE
AND TRIAL

FILED by _C__ D.C.

MAY 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D. OF FLA. - MIAMI

THIS CAUSE is set for **Pretrial Conference at 10:00 a.m.**, on **JANUARY 19, 2001** in the **Courthouse Bldg., 301 North Miami Avenue, Eleventh Floor Courtroom, Miami, Florida.** The parties shall be prepared to argue the merits of any pending motion(s) at the Pretrial Conference.

Settlement negotiations shall not justify any failure by the parties to conduct discovery. The parties shall adhere to the following Time Schedule:

### TIME SCHEDULE

| | |
|---|---|
| Cutoff off date for amendment: | **JUNE 23, 2000.** |
| All discovery must be completed by: | **OCTOBER 20, 2000.** |
| All motions must be filed: | **NOVEMBER 17, 2000.** |
| Joint Pretrial stipulation must be filed by: | **DECEMBER 8, 2000.** |
| Jury Instruction or Proposed Findings of Fact and Conclusion of Law: | **DECEMBER 15, 2000.** |

**ALL EXPERT DISCOVERY MUST BE COMPLETED BY THE DISCOVERY CUT-OFF. THEREFORE, THE PARTIES MUST AGREE UPON A SCHEDULE FOR EXPERT DISCLOSURES AND DEPOSITIONS WHICH WILL FACILITATE THEIR COMPLETION BY THAT DATE. THE CONTENT OF THE EXPERT DISCLOSURES MUST CONFORM TO THE REQUIREMENTS OF LOCAL RULE 16.1(K).**

**THE TIME SCHEDULE CONTAINED IN THIS ORDER MAY NOT BE MODIFIED ABSENT PRIOR ORDER OF THE COURT. IN THE EVENT THE COURT GRANTS A CONTINUANCE OF THE ORIGINALLY SCHEDULED TRIAL DATE, ALL OTHER DATES, INCLUDING THE PRETRIAL CONFERENCE DATE, SHALL REMAIN IN FULL FORCE AND EFFECT UNLESS THE COURT STATES OTHERWISE IN WRITING.**

To the extent this Order conflicts with the Local Rules, this order supersedes them. Each attorney and each self-represented party is charged with the duty of complying with this Order. Failure to comply with the time schedule may result in dismissal or other sanctions. A pretrial stipulation lacking substance will not be accepted. Any party causing unilateral pre-trial stipulations to be filed will be required to show cause why sanctions should not be imposed.

Exhibits must be pre-marked and exchanged prior to execution of the Joint Pretrial Stipulation. Each exhibit should be marked with a sticker identifying the case number, exhibit number, and party offering the exhibit.

The Joint Pretrial Stipulation must include a numbered list of trial exhibits with objections, if any, to each exhibit, including the basis for objections. The failure of a party to object in the Joint Pretrial Stipulation shall constitute a waiver of any objections including but not limited to authenticity.

**YOU ARE HEREBY NOTIFIED** that the above styled cause is set for **TRIAL** during the **Two-week** period commencing **JANUARY 29, 2001** at **9:00 A.M.**, before the **Honorable Ursula Ungaro-Benages**. Counsel shall report to a **call** of the **trial calendar** at **1:00 P.M.** on **WEDNESDAY, JANUARY 24, 2001** for a two-week trial calendar. At this time, each case will be assigned a number for trial. All cases will remain on the calendar until tried or until further notice is received by counsel from the court.

If this case is to be tried by jury, the parties must submit proposed voir dire questions necessary to bring out information other than the identity or experience of prospective jurors and must submit joint, stipulated proposed jury instructions and a joint, stipulated proposed verdict form.

**WITH REGARD TO SETTLEMENT:** If a case is settled, counsel are directed to inform the Court promptly at (305) 523-5555 and to submit an appropriate Order For Dismissal, pursuant to Fed. R. Civ. P. 41 (a)(1). Such an Order must be filed within ten (10) ten days of notification of the Court.

Pursuant to Rule 10(M) of the Local Rules for the Southern District of Florida, the parties shall communicate with the Court solely by motion or notice filed with the Clerk of Court and

appropriately served on the other parties. Any party who, without receiving leave of Court, mails correspondence directly to the Court will be considered in contempt of this order.

**DONE and ORDERED** this /7 day of May, 2000 at Miami, Dade County, Florida.

*Ursula Ungaro-Benages*
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record