UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-CV-6100
Judge Ursula Ungaro-Benages

DEBORAH KIRBY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

**NOTIFICATION OF AGREEMENT ON MEDIATOR**

Pursuant to the Court's Order of Referral to Mediation dated May 17, 2000, the undersigned attorney for the Plaintiff hereby notifies this Court that the parties have agreed to Terrence White, or in the event he is unavailable, John Briggs from the mediation firm of Upchurch, Watson & White, 125 S. Palmetto Avenue, P. O. Box 2166, Daytona Beach, Florida 32116 to act as Mediator in this action.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 30th day of May, 2000 to: LEWIS COLLINS, JR., ESQUIRE, Butler, Burnette, Pappas,

Bayport Plaza, 6200 Courtney Campbell Causeway, Suite 1100, Tampa, FL, 32308 (813) 281-1900)

                                KRUPNICK, CAMPBELL, MALONE, ROSELLI,
                                BUSER, SLAMA, HANCOCK, McNELIS
                                LIBERMAN & McKEE, P.A.
                                Attorney for Plaintiff
                                700 Southeast Third Avenue
                                Courthouse Law Plaza, Suite 100
                                Fort Lauderdale, Florida  33316
                                (954) 763-8181

BY: _____
      WALTER G. CAMPBELL, JR., ESQUIRE
      Florida Bar No.: 161009