

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEBORAH KIRBY,

    Plaintiff,

vs.                                  Case No. 00-CV-6100UUB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

### DEFENDANT'S DISCLOSURE PURSUANT TO LOCAL RULE 16.1(B)(1) AND (4) AND PARAGRAPH 14 OF THE JOINT SCHEDULING REPORT AND SUPPLEMENT TO JOINT SCHEDULING REPORT

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned counsel, hereby serves documents in compliance with and pursuant to Local Rule 16.1(B)(1) and (4) and Paragraph 14 of the Joint Scheduling Report and Supplement to Joint Scheduling Report by attaching a copy of the Non-Privileged Documents from Defendant's Claim File and a Privilege Log of the remainder of the Claim File.

                                                        BUTLER BURNETTE PAPPAS

                                                        _____
                                                        Lewis F. Collins, Jr., Esquire
                                                        Florida Bar No. 267422
                                                       6200 Courtney Campbell Causeway
                                                       Bayport Plaza - Suite 1100
                                                       Tampa, Florida 33607-5946
                                                       (813) 281-1900 (Telephone)
                                                       (813) 281-0900 (Facsimile)
                                                       Counsel for Defendant, SFMAIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Walter G. Campbell, Jr., Esquire, Suite 100, 700 Southeast Third Avenue Ft. Lauderdale, Florida 33316 on this 30 day of May, 2000.

_____
Lewis F. Collins, Jr., Esquire