UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY,

    Plaintiff,

vs.

**ORDER ON MOTION FOR LEAVE
TO AMEND ANSWER AND
AFFIRMATIVE DEFENSES**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

FILED by _____ D.C.
DKTG

JUN 2 ? 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon Defendant's Motion for Leave to Amend Answer and Affirmative Defenses, filed June 27, 2000. The Court resolves Defendant's Motion without aid of a Response.

THE COURT has reviewed the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion is GRANTED and Defendant's Amended Answer to Second Amended Complaint and Affirmative Defenses is deemed filed as of June 27, 2000.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of June, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record