

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY
    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INS. CO.,
    Defendant.
_____/

**ORDER DENYING DEFENDANT'S
MOTION TO CONTINUE TRIAL DATE**

THIS CAUSE is before the Court upon Defendant's Motion to Continue Trial Date, filed July 7, 2000.

THE COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED the Motion is DENIED. The discovery deadline in this matter has been set for October 20, 2000, ten months after the action was originally served on Defendant on or before December 20, 1999. Defendant has failed to show good cause as to why, over three months prior to the discovery deadline, it anticipates that additional time will be required in which to complete said discovery. Moreover, although Defendant represents that an affidavit has been filed in support of its request to continue to trial date, no such affidavit was attached to the Court's copy of its pleading.

Moreover, the Court points out that pursuant to the Southern District of Florida Local Rules 7.1A(2): "2. [t]hose motions listed in A.1 above shall be accompanied by a proposed order." The Court notes that Defendant has failed to include a proposed order. Future noncompliance with the Local Rules will result in a denial of the non-complying motion, and any filing deadlines affected by the denial of the motion will not be extended.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of July, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record