UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-CV-6100
Judge Ursula Ungaro-Benages

DEBORAH KIRBY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/



### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL

    COMES NOW the Plaintiff, DEBORAH KIRBY, by and through her undersigned attorney, and files this Response to Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's, Motion to Continue Trial and states as follows:

    1.    Plaintiff, DEBORAH KIRBY, believes that with diligent effort on the part of the parties that this case would be ready for trial by the scheduled trial period of January 29, 2001

    2.    Accordingly, Plaintiff, DEBORAH KIRBY, opposes Defendant, ALLSTATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's, Motion to Continue Trial.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this

17th day of July, 2000 to:   LEWIS COLLINS, JR., ESQUIRE, Butler, Burnette, Pappas, Bayport Plaza, 6200 Courtney Campbell Causeway, Suite 1100, Tampa, FL, 32308 (813) 281-1900)

>KRUPNICK, CAMPBELL, MALONE, ROSELLI,
>BUSER, SLAMA, HANCOCK, McNELIS
>LIBERMAN & McKEE, P.A.
>Attorney for Plaintiff
>700 Southeast Third Avenue
>Courthouse Law Plaza, Suite 100
>Fort Lauderdale, Florida  33316
>(954) 763-8181
>
>BY: _____
>WALTER G. CAMPBELL, JR., ESQUIRE
>Florida Bar No. 161009