UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 JUL 31 PM 1: 40

CASE NO.: 00-CV-6100
Judge Ursula Ungaro-Benages

DEBORAH KIRBY,

　　　　Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

　　　　Defendant.
_____/

## PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFFS REQUEST FOR PRODUCTION

　　Plaintiff, DEBORAH KIRBY, by and through her undersigned attorney, hereby files this Motion to Compel Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (STATE FARM) Response to Plaintiff DEBORAH KIRBY's Request to Produce served with the Complaint herein and states as follows:

　　1.　A Request to Produce was served upon the Defendant STATE FARM along with the Complaint in this matter. (Attached hereto as Exhibit "A")

　　2.　More than forty-five (45) days has past since service of the Request to Produce and there has been a complete failure to respond to the Request to Produce.

3.  Accordingly, pursuant to Federal Rule 34 and Local Rule 26.1(H.2.) Plaintiff DEBORAH KIRBY moves to compel Defendant STATE FARM to respond to the Request to Produce.

WHEREFORE, Plaintiff DEBORAH KIRBY requests this Honorable Court to grant her Motion to Compel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___th day of July, 2000 to: LEWIS COLLINS, JR., ESQUIRE, Butler, Burnette, Pappas, Bayport Plaza, 6200 Courtney Campbell Causeway, Suite 1100, Tampa, FL, 32308 (813) 281-1900)

> KRUPNICK, CAMPBELL, MALONE, ROSELLI,
> BUSER, SLAMA, HANCOCK, McNELIS
> LIBERMAN & McKEE, P.A.
> Attorney for Plaintiff
> 700 Southeast Third Avenue
> Courthouse Law Plaza, Suite 100
> Fort Lauderdale, Florida 33316
> (954) 763-8181
>
> BY: _____
> WALTER G. CAMPBELL, JR., ESQUIRE
> Florida Bar No.: 161009

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY,
FLORIDA.

CASE NO.:

DEBORAH KIRBY,

        Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

_____/

## REQUEST TO PRODUCE

**TO: DEFENDANT, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
**To Be Served Along With The Summons And Complaint**

Pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, you are hereby requested to produce to the Plaintiff, **DEBORAH KIRBY**, within forty-five (45) days from the date of service, at the Law Offices of KRUPNICK, CAMPBELL, MALONE, ROSELLI, BUSER, SLAMA, HANCOCK, McNELIS, LIBERMAN & McKEE, P.A., 700 Southeast Third Avenue, Suite 100, Fort Lauderdale, Florida, 33316, the following:

    1.    Copies of any and all memos, notes and writings concerning the contract of insurance and/or claim involved in this case.

    2.    Copies of any and all claims submitted and/or filed by the Plaintiff and/or insured under the involved contract of insurance.

    3.    Copies of any and all notifications or other writings sent to Plaintiff and/or insured regarding the involved contract of insurance.

4. Copies of any and all statements, bills or premium slips sent to the Plaintiff and/or insured regarding the involved contract for insurance and/or claim.

5. Copies of any written statements, comments or remarks made by the Plaintiff and/or insured regarding the involved contract for insurance and/or claim.

6. Copies of any written statements, comments or remarks made by the Defendant, its agents, employees and representatives regarding the involved contract for insurance and/or claim.

7. Copies of the application(s) for insurance filed, submitted and/or taken from the Plaintiff and/or insured regarding the involved contract for insurance.

8. Copies of any and all medical records and/or notes regarding the claim(s) filed or submitted by the Plaintiff and/or insured.

9. A copy of the original contract of insurance involved in the Complaint, along with any subsequent additions, amendments and/or deletions of or on same.

I HEREBY CERTIFY that a true and correct copy of the foregoing Request to Produce was served along with the Summons and Complaint upon the Defendant, **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.**

> KRUPNICK, CAMPBELL, MALONE, ROSELLI,
> BUSER, SLAMA, HANCOCK, McNELIS
> LIBERMAN & McKEE, P.A.
> Attorney for Plaintiff
> 700 Southeast Third Avenue
> Courthouse Law Plaza, Suite 100
> Fort Lauderdale, Florida 33316
> (954) 763-8181
>
> BY: _____
> WALTER G. CAMPBELL, JR., ESQUIRE
> Florida Bar No.: 161009

2