**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY
    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
    INS. CO.,
    Defendant.

_____/

<u>**ORDER DENYING PLAINTIFF'S**</u>
<u>**MOTION TO COMPEL**</u>

FILED by _____ D.C.

AUG - 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.

THIS CAUSE is before the Court upon Plaintiff's Motion to Compel Responses to Plaintiff's Request for Production, filed July 31, 2000.

THE COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED the Motion is DENIED without prejudice for failure to comply with S.D. Fla. L. Rule 26.1 I.

Moreover, the Court points out that pursuant to the Southern District of Florida Local Rules 7.1A(2): "2. [t]hose motions listed in A.1 above shall be accompanied by a proposed order." The Court notes that Plaintiff failed to include a proposed order. Future noncompliance with the Local Rules will result in a denial of the non-complying motion, and any filing deadlines affected by the denial of the motion will not be extended.

DONE AND ORDERED in Chambers at Miami, Florida, this _31_ day of July, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record