UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
TAKE

00 AUG -7 PM 4:44

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO.: 00-CV-6100
Judge Ursula Ungaro-Benages

DEBORAH KIRBY,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

_____/

**CORRECTED PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFFS REQUEST FOR PRODUCTION**

    Plaintiff, DEBORAH KIRBY, by and through her undersigned attorney, hereby files this Motion to Compel Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (STATE FARM) Response to Plaintiff DEBORAH KIRBY's Request to Produce served with the Complaint herein and states as follows:

    1.    A Request to Produce was served upon the Defendant STATE FARM along with the Complaint in this matter. (Attached hereto as Exhibit "A")

    2.    More than forty-five (45) days has past since service of the Request to Produce and there has been a complete failure to respond to the Request to Produce.

3. Accordingly, pursuant to Federal Rule 34 and Local Rule 26.1(H.2.) Plaintiff DEBORAH KIRBY moves to compel Defendant STATE FARM to respond to the Request to Produce.

WHEREFORE, Plaintiff DEBORAH KIRBY requests this Honorable Court to grant her Motion to Compel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th day of August, 2000 to: LEWIS COLLINS, JR., ESQUIRE, Butler, Burnette, Pappas, Bayport Plaza, 6200 Courtney Campbell Causeway, Suite 1100, Tampa, FL, 32308 (813) 281-1900)

KRUPNICK, CAMPBELL, MALONE, ROSELLI,
BUSER, SLAMA, HANCOCK, McNELIS
LIBERMAN & McKEE, P.A.
Attorney for Plaintiff
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, Florida 33316
(954) 763-8181

BY: _____
WALTER G. CAMPBELL, JR., ESQUIRE
Florida Bar No.: 161009