UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
AUG - 8 2000
CLARENCE MADDOX
S.D. OF FLA. - MIAMI

Case No. 00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY
    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
    INS. CO.,
    Defendant.
_____/

**ORDER DENYING PLAINTIFF'S CORRECTED MOTION TO COMPEL**

THIS CAUSE is before the Court upon Plaintiff's Corrected Motion to Compel Responses to Plaintiff's Request for Production, filed August 7, 2000.

THE COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion, again, is DENIED without prejudice for failure to comply with S.D. Fla. L. Rule 26.1 I (requiring that "*prior to filing any discovery motion*" the moving party shall confer with opposing counsel in a good faith effort to resolve the issues raised and shall "*file with the Clerk a statement certifying*" that such efforts have been made). If counsel fails to henceforth comply with the Local Rules, the appropriate sanctions will be imposed.

DONE AND ORDERED in Chambers at Miami, Florida, this __8__ day of August, 2000.

                                    URSULA UNGARO-BENAGES
                                    UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record