UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEBORAH KIRBY,

    Plaintiff,

vs.                                                                                          Case No. 00-CV-6100UUB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION AND MEMORANDUM OF LAW IN SUPPORT THEREOF

COMES NOW the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ("STATE FARM"), by and through its undersigned attorneys, and hereby files this its response to Plaintiff's Motion to Compel Responses to Request for Production and states as follows:

1. Pursuant to Federal Rule of Civil Procedure 37(a) Motion for Order Compelling Discovery "must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action." FRCP 37.

2. The local rules of the United States District Court for the Southern District of Florida provide that "at the time of filing the discovery motion, counsel for the moving party shall file with the clerk a statement certifying either: (a) that counsel have conferred in a good-faith effort to resolve the issues raised in the discovery motion and have been unable to do so; or (b) that counsel for the moving party has made reasonable effort (which shall be identified with



specificity in the statement) to confer with the opposing party but has been unable to do so." Local Rule 26.1(I).

3. Counsel for the Plaintiff, DEBORAH KIRBY, has failed to contact (orally or in writing) Counsel for the Defendant, STATE FARM, and has made no reasonable effort to confer with counsel for the Defendant, STATE FARM, in good faith to resolve by agreement the issues raised in Plaintiff's Motion to Compel Responses to Plaintiff's Request for Production.

4. Had said effort been made by Counsel for Plaintiff, the issues raised in Plaintiff's motion could have been resolved.

5. The items requested in Plaintiff's Request to Produce have, with some exceptions, been previously provided to Counsel for Plaintiff pursuant to Federal Rule of Civil Procedure 26(a) and Local Rule 16.1(B)(1).

6. Those items which have not been produced have been designated in a privilege log.

7. The only other documents not produced are documents responsive to Request for Production Nos. 4 and 9, and will be produced shortly.

WHEREFORE, the Defendant, STATE FARM, respectfully requests that this Court deny the Plaintiff's Motion to Compel Responses to Plaintiff's Request for Production and for any and all further relief this Court deems just.

Respectfully submitted,
BUTLER BURNETTE PAPPAS

Lewis F. Collins, Jr., Esq. (Fla. Bar No. 267422)
Bayport Plaza - Suite 1100
6200 Courtney Campbell Causeway
Tampa, Florida 33607-5946
(813) 281-1900
Counsel for Defendant, State Farm MAIC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to Walter G. Campbell, Jr., Esquire, Suite 100, 700 Southeast Third Avenue Ft. Lauderdale, Florida 33316 on this 4 day of August, 2000.

Lewis F. Collins, Jr., Esquire