UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



DEBORAH KIRBY,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

CASE NO.: 00-CV-6100
Judge Ursula Ungaro-Benages

## MEDIATION DISPOSITION REPORT

A mediation conference was conducted on the __10th__ day of __AUGUST__, 2000.

The conference resulted in the following:

__✓__ The case was completely settled. Counsel will submit a notice or stipulation for dismissal or other final disposition.

_____ The parties reached an impasse as to all issues.

_____ The parties settled the following issues.

    (a)_____

    (b)_____

_____ The parties did not settle the following issues:

    (a)_____

    (b)_____

\_\_\_\_\_   The case was set for trial on _____ and should be removed from the trial docket.

\_\_\_\_\_   The mediation conference has been adjourned and the mediation conference shall be resumed on _____.

                                     [signature]   8/14/2000
                                      John J. Upchurch, Mediator      Date

cc: Counsel

**Upchurch Watson & White**
125 S. Palmetto Avenue, Post Office Box 2166
Daytona Beach, Florida 32115-2166

Clerk, U.S. District Court
299 E. Broward Blvd.
Ft. Lauderdale, FL 33301

