UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY,
    Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
CO.,
    Defendant.
_____/



### ORDER DENYING MOTION

THIS CAUSE is before the Court upon Defendant's Motion to Strike Certain Portions of Plaintiff's Amended Complaint as Being Immaterial, Irrelevant, Scandalous and Severely Prejudicial (DE-19), filed March 27, 2000.

THE COURT has considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED the above Motion is hereby DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of December, 2000.

                    URSULA UNGARO-BENAGES
                    UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record