UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEBORAH KIRBY,

    Plaintiff,

vs.

CASE NO. 00-CV-6100 UUB

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/



## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff, DEBORAH KIRBY, and the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, that pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff's claim against said Defendant, having been amicably settled, should be dismissed, with prejudice.

IT IS FURTHER stipulated that the parties shall bear their respective costs and attorney's fees and that all liens and/or subrogated interests be satisfied by Plaintiff.

| | |
|---|---|
| KRUPNICK, CAMPBELL, MALONE, ROSELLI, BUSER, SLAMA & HANCOCK | BUTLER BURNETTE PAPPAS |
| _____ | _____ |
| WALTER G. CAMPBELL, JR., ESQ. | LEWIS F. COLLINS, JR., ESQ. |
| Florida Bar No. | Florida Bar No. 267422 |
| Courthouse Law Plaza, Suite 100 | Bayport Plaza, Suite 1100 |
| 700 S.E. Third Avenue | 6200 Courtney Campbell Causeway |
| Ft. Lauderdale, FL 33316-1154 | Tampa, Florida 33607-5946 |
| Telephone: 954/763-8181 | Telephone: (813) 281-1900 |
| Facsimile: 954/763-8292 | Facsimile: (813) 281-0900 |
| Attorneys for Plaintiff, Deborah Kirby | Attorneys for Defendant, State Farm Mutual Automobile Insurance Company |
| DATED:_____ | DATED:_____ |

NON-COMPLIANCE OF S.D. fla. L.R. 5.1A.1

RUSSO PARRISH APPELLATE FIRM

_____
ELIZABETH K. RUSSO, ESQ.
Florida Bar No. 260657
6101 S.W. 76th Street
Miami, FL 33143
Telephone: 305/666-4660
Facsimile: 305/666-4470
Co-Counsel for Defendant

DATED:_____