UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DEBORAH KIRBY,

    Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

CASE NO. 00-CV-6100 UUB



FILED by _____ D.C.
JAN 02 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER RATIFYING STIPULATION AND DISMISSING DEFENDANT(S), STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, WITH PREJUDICE

THIS CAUSE came before the Court upon the foregoing Stipulation of the parties. The Court, having reviewed the Stipulation, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Stipulation between Plaintiff DEBORAH KIRBY and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, be hereby ratified and approved. It is further

ORDERED AND ADJUDGED as follows:

1.    That the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, be dismissed from this action, with prejudice;

2.    That the parties to the Stipulation shall bear their respective costs and attorney's fees; and

NON-COMPLIANCE OF S.D. Fla. L.R. 5.1A

3.  That all liens and/or subrogated interest be satisfied by the Plaintiff.

DONE AND ORDERED at Miami, Florida, this 2 day of January, 2001.

*[signature]*
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Walter G. Campbell, Jr., Esq.
Lewis F. Collins, Jr., Esq.
Elizabeth K. Russo, Esq.