UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6100-CIV-UNGARO-BENAGES

DEBORAH KIRBY,
    Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,
    Defendant.
_____/



FILED by SB D.C.
JAN 02, 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that for administrative purposes this case is hereby Closed.

It is further

ORDERED AND ADJUDGED that all pending motions are hereby denied as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 2 day of January, 2001.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE