UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-____-CIV-UNGARO-BENAGES

DEBORAH KIRBY,
   Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INS. CO,
   Defendant.
_____/



FILED by _____ D.C.
DEC 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court based on the parties' Report of Mediation indicating that "a complete agreement was reached" received August 17, 2000.

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions **MUST** be received by this Court **on or before December 27, 2000.** If such papers are not filed within the time specified, this matter will be **DISMISSED** without further notice. Within 60 days of the Dismissal Order, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at the United States District Courthouse in Miami, Florida, this 15 day of December, 2000.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

SCANNED